**INDEX TO DECLARATION OF JOSH WONG IN SUPPORT OF APPLICATION TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

| Exhibit Number | Document | Date |
|---|---|---|
| 1. | Extract of Report from Intelligence Organisation of Islamic Revolutionary Guard Corps (pp.228-229) | 8 February 2015 |
| 2. | Letter from Mr Zangeneh to the Managing Director of NIOC | 31 August 2015 |
| 3. | Letter from Mr Zangeneh to the Managing Director of NIOC | 7 September 2015 |
| 4. | Energy House Holding Company Annual Report | 2016 |
| 5. | IOOC Extension of Tender of Contract for hiring Offshore Drilling Rig Contract | 18 October 2017 |
| 6. | Drilling Rig Contract between Nordic, IOOC and NIOC | 17 December 2017 |
| 7. | Profit Share Agreement between ENEXD and Nordic | 19 December 2017 |
| 8. | IOOC Extension of Tender of Contract for hiring Offshore Drilling Rig Contract until 3 September 2018 | 4 June 2018 |
| 9. | Payment from IOOC to Nordic (and Mapna Kish Drilling Co) via Turkiye Finans Katilim Bankasi | 12 March 2019 |
| 10. | LCIA Arbitration Final Award | 1 September 2021 |
| 11. | Payment from NIOC (International) to Petroleum Gulf Energy Trading LLC and Energy House Holding Company via Kuveyt Türk Katilim Bankasi | 14 February 2023 |
| 12. | Payment from NIOC (International) to A Three Energy FZE, Dar Al Aman and Syn Fuels | 10 April 2023 |
| 13. | RAK Court – Application for Order | 23 July 2025 |
| 14. | Standard Settlement Instructions - Kuveyt Türk Katilim Bankasi | Date Unknown |
| 15. | Standard Settlement Instructions - TurkiyeFinans Katilim Bankasi | Date Unknown |