# Exhibit 1

# OFFICIAL & CERTIFIED TRANSLATION

We hereby certify that the following is the faithful and accurate translation of its original attached **Farsi language document**, to the best of our professional knowledge

4- Reza Mostafavi Tabtabaei and his relatives (first row) were banned from any trade/deal due to his attorney activities for buying and selling his properties and belongings.

5- seizure of Reza Mostafavi Tabatabaei's passport while entering or exiting country and keeping him in custody until making final decision about the purchased rig and financial misuses.

6- summon and seizure of Gholamreza Saadat's passport while entering or exiting country and send him to judiciary to explain about Mostafavi Tabatabaei.

7- official summon for Ali Taheri Motlagh for providing explanations about properties and belongings and their financial sources and other matters.

8- banning Morad Shirani from exiting the country due to his position as consultant of IOEC for this offshore rig during management period of Taheri and Soltanpour.

9- summon for Mr. Seyed Mehdi Vafaei, Mohammad Razaghi and Amiran for answering to questions and providing proofs and documents.

*signature*

***Legal deputy of Intelligence Organization of the Islamic Revolutionary Guard Corps***

Satrap Translations, 13 Princes Court, 55-57 Shoot up Hill, London NW2 3PX
Tel: 0208 748 9397   satrap@btconnect.com   www.satrap.co.uk
Registered in England as Lingu-East Limited, Number 2367273

E1/228

1

# OFFICIAL & CERTIFIED TRANSLATION

We hereby certify that the following is the faithful and accurate translation of its original attached **Farsi language document**, to the best of our professional knowledge



Satrap Translations, 13 Princes Court, 55-57 Shoot up Hill, London NW2 3PX
Tel: 0208 748 9397  satrap@btconnect.com  www.satrap.co.uk
Registered in England as Lingu-East Limited, Number 2367273

E1/229

2