# Exhibit 2



# LINGUIST CERTIFICATION

This Translation Certificate confirms the included documents have been completed and are, to the best knowledge and belief of the below linguist engaged on the project, full and accurate translations of the source material.

File Name: 02. 2015.08.31 - Letter from Mr Zangeneh to the Managing Director of NIOC

Source Language: Farsi

Target Language: English

Linguist Name: Sohaib Obaidi

TransPerfect Office Partnership: TransPerfect London

Office Location:

Aldgate House, 1st Floor

33 Aldgate High Street

London

EC3N 1AH

List of Linguist Qualifications:

Economics & Finance (BSc, MS and MBA), have 18 years of EN-FA professional translation experience (since 2007), mainly medical, legal and financial Subjects.

*Linguist Signature:*

*Sohaib Obaidi*
Sohaib Obaidi (Sep 17, 2025 09:03:14 ADT)

*Name:  Sohaib Obaidi*

*Title:  Translator*

*Date: 17/09/2025*


*Authorized Signature:*

*Hossam El shamy*
Hossam El shamy (Sep 17, 2025 15:43:02 GMT+4)

*Name:  Hossam El Shamy*

*Title:  Senior Project Manager*

*Date:  17/09/2025*

Reason for signature: I approve the accuracy of this document content as written

TP-PM-401-W037-F016 Linguist Certification with PM signature_v2.1                                              Page 1 of 1
Effective: 30-November-2021                                         © 2025 TransPerfect Translations International, Inc. (TransPerfect).

| | | |
|---|---|---|
| [hw] In the name of God<br>Mr. Jafari, Financal Manager<br>Please consider and send your report on the subject to Mr. Engineer Javadi<br>Regards 10/6/94 (September 01, 2015)<br>[signature] | In the name of God | [hw] 2277/**S/M**<br>[hw] 9/6/1394 (August 31, 2015) |

**Extremely Confidential - Extremely Urgent**

[hw] CC to Mr. Engineer Kheradi for cooperation and taking same action.

**Dear Mr. Engineer Javadi**

**Managing Director of the Iran National Oil Company**

      According to the information obtained so far, in the case of the purchase of the Fortuna rig by the then CEO of IOEC, a person named Mr. Reza Mostafavi Tabatabai is the main director in Sepanta Company. (Who resides in Europe and is out of reach.) In this case, about $ 90 million of the treasury property is inaccessible and all or part of it is reportedly in the possession of the said person. Sepanta is rumored to have contracts with some of the oil subsidiaries, possibly the National Drilling Company, South Oil Company and other oil companies. Therefore, it should be emphasized that:

      Firstly, if there are any contracts with Sepanta Company, the full quality of all of them should be reported immediately to the legal affairs of the oil company and me for a maximum period of 72 hours, and

      Second, arrangement should be made that if there is a contract with this company, until further notice of any payment, even for the final claims should be prevented. Of course, in any case that according to the legal affairs of the National Iranian Oil Company and in order to prevent losses to the treasury, making a payment to this company is deemed inevitable, this should be stated with reasons for the decision to your Excellency It has been referred and if your Excellency deems such payments as mandatory, the payment will be made after your approval.

At the same time, the necessary measures must be taken to obtain the assistance of respected judicial officials in this regard.

[signature]

**Bijan Zangeneh**

**CC:**

Managin Directors of Gas, Refinery and production and Petrochemical Companies

Internal Securities

NIOC Internal Inspection Office

[hw] (1) <u>Very Urgent</u>
Mr. Aalipour
Mr. Kamali
Mr. Houssien-nejad
Mr. Shabanpour
Mr. Hafezi
Mr. Bahmani

[stamp: [illegible] [hw] 529 – 10/6/94 (September 01, 2015) – [illegible]]

[stamp: confidential documents of Iran National Oil Company – No: [hw] 4802]

[hw] copy to:
Mr. Mohazzari – for reference
Mr. Rostami – for review
Office – for gathering reports
Mr. Hafezi [illegible]

[hw][illegible] review, report based on the instructions

3

