# EXHIBIT NO. 3



# LINGUIST CERTIFICATION

This Translation Certificate confirms the included documents have been completed and are, to the best knowledge and belief of the below linguist engaged on the project, full and accurate translations of the source material.

File Name: 03. 2015.09.07 - Letter from Mr Zangeneh to the Managing Director of NIOC

Source Language: Farsi

Target Language: English

Linguist Name: Sohaib Obaidi

TransPerfect Office Partnership: TransPerfect London

Office Location:

Aldgate House, 1st Floor

33 Aldgate High Street

London

EC3N 1AH

List of Linguist Qualifications:

Economics & Finance (BSc, MS and MBA), have 18 years of EN-FA professional translation experience (since 2007), mainly medical, legal and financial Subjects.

*Linguist Signature:*

*Sohaib Obaidi*
Sohaib Obaidi (Sep 17, 2025 09:03:59 ADT)

*Name:* Sohaib Obaidi

*Title:* Translator

*Date: 17/09/2025*

*Authorized Signature:*

*Hossam El shamy*
Hossam El shamy (Sep 17, 2025 15:43:17 GMT+4)

*Name:* Hossam El Shamy

*Title:* Senior Project Manager

*Date: 17/09/2025*

Reason for signature: I approve the accuracy of this document content as written

| | | |
|---|---|---|
| [hw] In the Name of God<br>(2) Mr. Engineer Davoudi<br>Mr. Engineer Jafari<br>Mr. Engineer Khosravi<br>Mr. Engineer Izad khwah | | [hw] 395<br>[hw] 16/6/1394 (September 07, 2015) |

3

In the Name of God

[hw] (3) Oil Engineering
From Mr. Davoudi
[signature]
23/6/94 (September 14, 2015)

[hw] Reading for caution and necessary action
Thank you
Khaleghi
21/6/94 [September 12, 2015]

**Extremely URGENT-Extremely Confidential**

**Dear Mr. Enginner Javadi**

**Managing Director of NIOC**

Following the letter No. 2277/S/M dated 9/6/1394 (31/08/2015) in respect of Sepanta Company, according to a recent report received from the Ministry of Information, Sepanta International, Petro Hourtash, MEED, Persia Energy and Middle East Energy Development Kish Also under the management or belong of Messrs. Reza Mostafavi Tabatabai and Morad Shirani.

Therefore, it is necessary to emphasize that until further notice, any new contract with Sepanta and the above-mentioned companies has been strictly refused, and secondly, all the matters raised in the above-mentioned letter about Sepanta, should also be considered and implemented in the case of these companies.

[signature]

**Bijan Zangeneh**

[hw] (1) <u>Very Urgent</u>

    Mr. Aalipour
    Mr. Kamali
    Mr. Houssien-nejad
    Mr. [illegible]

1

