# Exhibit 5

Date : 18 October, 2017
Ref. No : AG / 939 / 95473
Enc :



شرکت نفت فلات قاره ایران (سهامی خاص)
**IRANIAN OFFSHORE OIL CO.**
(Private Joint Stock)

*In The Name of God*

To : NORDIC – Corporation with Mapna Kish
-    Drilling Co.

Attn : General Manager

Subject: <u>Tender No. 0 1 2 / 9 6 /OF</u>

<u>Hiring of One Offshore Drilling Rig</u>

Dear Sir,

Please be advised that the closing date of above tender is extended up to **Sunday 03 December, 2017**.

Yours faithfully,

*S.Khosravi*
**S.Khosravi**
**Contracts Manager**

F.H/Z.V

NO. 12, KHAKZAD STREET, TOURAJ STREET, AFTER BALAL MOSQUE, VALIASR AVE., MODARRES CROSSROAD, TEHRAN-IRAN, POSTAL CODE: 1966653943, P.O. BOX: 5591-19395, TEL: (+98) 21 22664470 TO 85, TLX: 212598