# Exhibit 6

Date    : 17 Dec, 2017
Ref. No : AG / 939 / 100631
Enc     :



In The Name of God

شرکت نفت فلات قاره ایران (سهامی خاص)
**IRANIAN OFFSHORE OIL CO.**
(Private Joint Stock)

To   : NORDIC – Corporation with Mapna Kish
-      Drilling Co.

Attn : General Manager

Subject: <u>Contract No. 0 6 4 / 9 5 /OF</u>

<u>Hiring of One Offshore Drilling Rig</u>

Dear Sir,

With Reference to our meeting on 12/11/2017 base your proposal for captioned subject. we are pleased to inform you that IOOC is willing in sign a contract with your company for the above subject matter for an amount of *EURO 36,122,020.00 (Thirty Six Million one Hundred Twenty Two Thousand Twenty EURO)* For part B Schedule of rate for period of Two (2) years.

Upon receive approval re above amount of Budgetary from National Iranian Oil Company to us which will be informed and requested your company to introduce fully authorized representative (s) to sign Contract and provide us with Performance Guarantee as per approved specimen and in the amount of *EURO 3,612,202.00 (Three Million Six Hundred and Twelve Thousand Two Hundred and Two EURO).*

Yours faithfully,

*S.Khosravi*

**S.Khosravi**
**Contracts Manager**

F.H/Z.V

NO. 12, KHAKZAD STREET, TOURAJ STREET, AFTER BALAL MOSQUE, VALIASR AVE., MODARRES CROSSROAD, TEHRAN-IRAN, POSTAL CODE: 1966653943, P.O. BOX: 5591-19395, TEL: (+98) 21 22664470 TO 85, TLX: 212598

1