# Exhibit 8



Date : 04th June, 2018

Ref. No : AG / 939 / 111037

Enc :

شرکت نفت فلات قاره ایران (سهامی خاص)

**IRANIAN OFFSHORE OIL CO.**
(Private Joint Stock)

*In The Name of God*

To : **NORDIC – Corporation with Mapna Kish Drilling Co.**

Attn : **General Manager,**

Subject: <u>Tender No. 078 / 96 / OF</u>
<u>Hiring of One Offshore Drilling Rig</u>

Dear Sir,

Please be advised that the closing date of above tender is extended up to **Monday 03rd September, 2018**.

Yours faithfully,

*Skhosravy*

**S.Khosravi**
**Contracts Manager**

F.K/Z.V

NO. 12, KHAKZAD STREET, TOURAJ STREET, AFTER BALAL MOSQUE, VALIASR AVE., MODARRES CROSSROAD, TEHRAN-IRAN, POSTAL CODE: 1966653943, P.O. BOX: 5591-19395, TEL: (+98) 21 22664470 TO 85, TLX: 212598

1