# Exhibit 9



**N.I.O.C**
International Affairs
In The Name Of Allah

**To:** Iranian Offshore Oil Co. (IOOC) - Financial Dept,
**CC:** Mapna Kish Drilling Co. (Nordic Co.) - Financial Manager,
**CC:** NIOC Financial Manager,

View Transaction Details – Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 12-03-2019 |
| Value Date | 14-03-2019 |
| System Reference | 1995018814Fc |
| Transaction Reference | Credit |
| Debit Account | A/C ending 2744 |
| Account Name | TURK FINANS KATILIM BANKASI |
| Special Instructions | Main Beneficiary M K DRILL Co NORDIC Co  078 96 OF Tx |
| Charges | |
| Total Indicative Debit Amount | USD 3,380,800.00 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 3,380,800.00 | SINGLE | SINGLE |

Authorization Tracker – (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | FN-TRK | 12-mar-2019 :11:07 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | FN-TRK | 12-mar-2019 :11:08 | - |
| TRANSACTION Controller | Tm. Controller | Approved | FN-TRK | 12-mar-2019 :11:43 | - |

Payment is confirmed.

Best Regards,
**NIOC Financial Dept. / R.Z**

1