# Exhibit 11



**N.I.O.C**
International Affairs
In The Name Of Allah

**To:** Naftiran Intertrade Co.(NICO) - Financial Director,
**CC:** NIOC International Affairs MD,
**CC:** NIOC International Affairs - Financial Manager,
**CC:** Petrolem Gulf Energy Trading LLC - Financial Dept,

View Transaction Details – Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 14-02-2023 |
| Value Date | 16-02-2023 |
| System Reference | 1986015592Fc |
| Transaction Reference | Credit |
| Debit Account | 36063425 |
| Account Name | KUVEYT TURK KATILIM BANKASI |
| Special Instructions | Main Beneficiary: PGE Trading LLC - Energy House Holding Co - PGE 2023 025 - ADAMCO TRX |
| Charges | |
| Total Indicative Debit Amount | USD 5,705,441.82 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 5,705,441.82 | SINGLE | SINGLE |

Authorization Tracker – (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | Kfh-Tk | 14-feb-2023 :11:22 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | Kfh-Tk | 14-feb-2023 :11:25 | - |
| TRANSACTION Controller | Tm. Controller | Approved | Kfh-TK | 14-feb-2023 :11:49 | - |

Payment is confirmed.

Best Regards,
NIOC International Affairs Financial Dept.

1



Petrolem Gulf Energy Trading LLC

# COMMERCIAL INVOICE

**Seller's Details**

| | |
|---|---|
| Company Name: | PETROLEM GULF ENERGY TRADING LLC |
| Address: | NO.M01-090-HAMSA BUL. AL KARAMA POBOX 451494 DUBAI-UAE |
| Phone/Email: | commerce@gulfenergyco.com |
| VAT Registration # | |

| | |
|---|---|
| Date: | 12-Feb-23 |
| Invoice No.: | PGE/2023/025 |

**Customer Details**

| | |
|---|---|
| Company Name: | ADAMCO |
| Address: | |
| Phone/Email: | sd@adamco.biz |

**BENEFICIARY Details**

| | |
|---|---|
| Company Name: | PETROLEM GULF ENERGY TRADING LLC |
| Address: | NO.M01-090-HAMSA BUL. AL KARAMA POBOX 451494 DUBAI-UAE |

| SR | Description | Unit | Quantity | Unit Price in AED | Amount in AED |
|---|---|---|---|---|---|
| 1 | PYROLYSIS | MT | 8,944.661 | 2,342.541 | 20,953,235.124 |
| | | | TOTAL AMOUNT IN AED | Subtotal | 20,953,235.124 |
| Amount in words | Dirhams:Twenty Million Nine Hundred Fifty-Three Thousand Two Hundred Thirty-Five and One Hundred Twenty-Four Thousandths | | | VAT | 0% | - |
| | | | | Total Amount (AED) | 20,953,235.124 |
| PAYABALE Amount in words | Dirhams:Twenty Million Nine Hundred Fifty-Three Thousand Two Hundred Thirty-Five and One Hundred Twenty-Four Thousandths | | | PAYABLE AMOUNT (AED) | 20,953,235.124 |

NOTE;TOTAL UNIT PRICE CALCULATED AS PER AVE. NAPHTA PLATTS ASIA-PACIFIC/ARAB GULF MARKET DATED 16th JAN.(637.205) 2023 &17th JAN.2023(638.515), EQUAL TO 637.860 $ , UNIT PRICE IN AED 2,342.541

**BENEFICIARY BANK DETAILS:**

| | |
|---|---|
| BENEFICIARY: | PETROLEM GULF ENERGY TRADING LLC |
| BANK NAI | FAB BANK |
| BRANCH: | JUMEIRAH, DUBAI UAE |
| ACCOUNT NUMBER | 1271004783787001 |
| IBAN (AED): | AE830351271004783787001 |
| EXCHANGE RATE: | 1 USD - AED 3.6725 |

FOR: PGE TRADING LLC



(Authorized Signatory/Stamp)

No. M01-090, HAMSA BUILDING, AL KARAMA.
P.O. BOX 451494, DUBAI- U.A.E

info@gulfenergyco.com
www.gulfenergyco.com

2

CODE NAME: "CONGENBILL". EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No: CNRD-03/23

Reference No :

**Shipper**
PETRO PALAYESH AKAM

**Consignee**
TFA KIMYA

**COPY NON NEGOTIABLE**

**Notify Address**
TFA KIMYA

**Vessel**
MT CONRAD

**Port of Loading**
BANDAR ABBAS, IRAN

**Port of Discharge**
SHARJAH, UAE

**Shipper's Description of Goods**
PYROLYSIS IN BULK

**Gross Weight**
8944.661 MT

FREIGHT PAYABLE AS PER CHARTER PARTY
CLEAN ON BOARD

(of which   NIL   on deck at Shipper's risk; the Carrier not responsible for loss or damage howsoever arising)

Freight payable as per CHARTER-PARTY dated ..................

FREIGHT ADVANCE.NIL.
Received on account of freight:

................................................Time used for
loading .................. days .................. hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, anyone of which being accomplished the others shall be void.

FOR CONIDTIONS OF CARRIAGE SEE OVERLEAF.

| Freight payable at | Place and date of issue<br>BANDAR ABBAS, IRAN<br>07/02/2023 |
|---|---|
| Number of original Bs/L | Signature<br>SIGNED BY MASTER OF MT CONRAD<br>CAPTAIN MUHAMMAD ZULFIQAR |

MT. CONRAD
FLAG : COOK ISLANDS
IMO NO  : 9546722
MASTER

3