# Exhibit 12



**National Iranian Oil Company**
**International Affairs**

Date: 10/Apr/2023

No.: CEO/30840

**Fm:** NIOC Petroleum Products Oil Export Operations Div.
**To:** A Three Energy FZE - Kind Attn: Operation
**CC:** SYNFUELS INTL CO.

Further to our e-mail with ref.no.: **POD/1028/CIF/063** dated **15/03/2023**, Please be informed that we here by nominate you the performing vessels **"MT LEONID"** to load Iranian Gas Oil (High Sulphur) from Persian Gulf intention Bandar Abbas Jetty, BIK Jetty or Khor Al Zubair (Iraq) area as follows:

QUANTITIES (MT)

| VESSEL | LOAD.DATE RANGE WINDOW | Gas Oil (HS) | DISCH | DISCH WINDOW |
|---|---|---|---|---|
| **MT LEONID** | 05-10/05/2023 | 10,000 | Hamriyah | 09-12/05/2023 |

Best Regards,

**Fob & Swap Export Manager I Petroleum Products Oil Exp. Ops. Div.**
**National Iranian Oil Company**
**Tel:** +98-21-88941171-2, Dir: +98-21-6162 2460
**Fax:** +98-21-8894 0302
E-mail: www.nioc-intl.ir - http://www.nioc-intl.ir

CODE NAME: "CONGENBILL". EDTION 1994

Page 2

| Shipper<br>**DAR AL AMAN TRADING & TRANSPORT CO.**<br>P.O.BOX:5433, 2ND STREET ADAMAYA,<br>BAGDAD - IRAQ | **BILL OF LADING**<br>TO BE USED WITH CHARTER-PARTIES | B/L No. LD-1101/23 A<br>Reference No. |
|---|---|---|
| Consignee<br>**A THREE ENERGY FZE,**<br>OFFICE NO.2F-37, LEASE OFFICE BUILDING NO 2,<br>HAMRIYAH FREE ZONE, PHASE 1, SHARJAH UAE.<br>P.O. BOX 49014 | **NON-NEGOTIABLE** | |
| Notify address<br>**SAME AS CONSIGNEE** | | |

| Vessel<br>M/T "LEONID" – VOY: 01/23 | Port of loading<br>KHOR AL ZUBAIR, IRAQ |
|---|---|
| Port of discharge<br>HAMRIYAH PORT, SHARJAH | |

| Shipper's description of goods | Gross weight |
|---|---|
| **GAS OIL HIGH SULPHUR**<br>**HS CODE : 27101239**<br><br><br>**CLEAN ON-BOARD**<br>**FREIGHT PREPAID** | **9,825.606 MT (IN AIR)**<br>**9,670.430 LONG TON**<br>**76,146 US BBLS @60°F** |

(Of which........................on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER-PARTY dated<br><br>FREIGHT ADVANCE<br>Received on account of freight:<br><br>................................................................................<br>Time used loading .................................. days .......................... hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, quantity, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF | |
|---|---|---|
| | Freight payable at | Place and date of issue<br>**KHOR AL ZUBAIR, IRAQ    07/05/2023** |
| Printed and sold by<br>Fr.G. Kundtzons Bogtrykkeir A/S, 55 Toldbodgade, DK-1253<br>Copenhagen K,<br>Telefax +45 33 93 11 84<br>By authority of The Baltic and international Maritime Council<br>(BIMCO), Copenhagen | Number of original B/Ls<br><br><br>**COPY** | Signature<br><br>**MASTER OF M/T "LEONID"**<br>**CAPT. SUBRAMANIAN SURESH** |

2

# COMMERCIAL INVOICE

| DATE OF EXPORT | TERMS OF SALE | INVOICE NUMBER | CURRENCY |
|---|---|---|---|
| 07/05/2023 | C & F | LD-1101/23 A | USD |

| SHIPPER | CONSIGNEE |
|---|---|
| DAR AL AMAN TRADING & TRANSPORT CO<br>P.O.BOX: 5433<br>2ND STREET ADAMAYA<br>BAGHDAD -IRAQ | A THREE ENERGY FZE,<br>OFFICE NO.2F-37, LEASE OFFICE BUILDING NO 2,<br>HAMRIYAH FREE ZONE, PHASE 1,<br>SHARJAH UAE. P.O. BOX 49014 |

| PORT OF LOADING | VESSEL NAME | NOTIFY PARTY |
|---|---|---|
| KHOR AL ZUBAIR, IRAQ | M/T LEONID | |
| PORT OF DISCHARGING | COUNTY OF DESTINATION | SAME AS CONSIGNEE |
| HAMRIYAH PORT, SHARJAH | UAE | |

| DESCRIPTION OF GOODS | QUANTITY IN METRIC TONS | PRICE PER MT IN USD | TOTAL (US$) |
|---|---|---|---|
| GAS OIL HIGH SULPHUR<br>HS CODE: 27101239<br>B/L NO. KMA-1101/23 A<br>VOY NO. 01/23 | 9,825.606 | 568.00 | 5,580,944.21 |

**SUB-TOTAL**

FIVE MILLION FIVE HUNDRED EIGHTY THOUSAND NINE HUNDRED FORTY-FOUR DOLLARS AND TWENTY-ONE CENTS ONLY

**TOTAL  5,580,944.21**

*Remarks:*

Terms of Payment: As per charter party agreement

*Beneficiary:*

I hereby certify that this invoice shows the actual price of goods described, that no other invoice has been issued and that all particulars are true and correct.

SIGNATURE/ STAMP:                                                                                   DATE: 07/05/2023

3

**N.I.O.C**
International Affairs
In The Name Of Allah

**To :** NIOC International Affairs MD,
**CC :** NIOC International Affairs - Financial Manager,
**CC :** Dar Al Aman Trading & Transport Co. - Financial Dept,

View Transaction Details – Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 08-05-2023 |
| Value Date | 10-05-2023 |
| System Reference | 2026075581Fc |
| Transaction Reference | Credit |
| Debit Account | A/C ending 3214 |
| Account Name | TURK FINANS KATILIM BANKASI |
| Special Instructions | Main Beneficiary: DAR AL AMAN TRADING SYNFUELS / LD 1101 23 A |
| Charges | Shared |
| Total Indicative Debit Amount | USD 5,580,944.21 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 5,580,944.21 | SINGLE | SINGLE |

Authorization Tracker – (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | TH-ENG | 08-may-2023 :10:02 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | TH-ENG | 08-may-2023 :10:05 | - |
| TRANSACTION Controller | Tm. Controller | Approved | TH-ENG | 08-may-2023 :10:24 | - |

Payment is confirmed.

Best Regards,
NIOC International Affairs Financial Dept.

4