# Exhibit 14

Skip to Content Skip to Bottom

Open An Account



Open An Account

Back

# Standard Settlement Instructions

Increase Font Size Decrease Font Size Print Page

Standard Settlement Instructions

**KUVEYT TURK KATILIM BANKASI A.S. ISTANBUL (KTEFTRIS)**

| Currency | Correspondent Bank | SWIFT/BIC | Account No | CP FX MM | | |
|----------|-------------------|-----------|------------|----------|---|---|
| AED | Standard Chartered Bank, Dubai City | SCBL AE AD | 15–4223985–01 | CP | FX | MM |
| AUD | Citibank NA, London | CITI GB 2L | 0019109994 | CP | | |
| CAD | Bank of Montreal, Montréal | BOFM CA M3 | 31691052775 | CP | | |
| CHF | UBS Switzerland AG, Zürich | UBSW CH ZH 80A | 88.857.05G | CP | FX | MM |
| CHF | Zürcher Kantonalbank, Zürich | ZKBK CH ZZ | 0700–01208403 | CP | | |
| CNY | Bank of China Limited, Shanghai | BKCH CN BJ 300 | 437762241951 | CP | | |
| CNY | ICBC | ICBKCNBJXXX | 101000111902569000 | CP | | MM |
| DKK | Nordea Bank, Copenhagen | NDEA DK KK | 5000023746 | CP | | |
| | Standard Chartered | | | | | |

| | | | | |
|---|---|---|---|---|
| EUR | Bank, Frankfurt am Main | SCBL DE FX | 18236200 | CP |
| EUR | Citigroup Global Markets Deutschland AG, Frankfurt am Main | CITI DE FF | IBAN: DE40502109004114901038 | CP FX MM |
| EUR | UniCredit SpA, Milan | UNCR IT MM | 995 8315800 | CP |
| EUR | Deutsche Bank Ag, Frankfurt Am Main | DEUT DE FF | DE49500700100957680200 | CP FX MM |
| EUR | Intesa Sanpaolo SpA, Milan | BCIT IT MM | 100100004481 | CP FX MM |
| EUR | KT Bank AG, Frankfurt am Main | KTAG DE FF | DE05502345000300030024 | CP FX MM |
| GBP | HSBC Bank plc, London | MIDL GB 22 | 57443622 | CP FX MM |
| GBP | Barclays Bank PLC, London | BARC GB 22 | 30754927 | CP |
| JPY | The Bank of New York Mellon, New York | IRVTUS3N | 8033103671 | CP FX MM |
| JPY | Sumitomo Mitsui Banking Corporation, Tokyo | SMBC JP JT | 4467 | CP |
| KWD | Kuwait Finance House KSC, Kuwait City | KFHO KW KW | 122 00009 7 | CP FX MM |
| NOK | DNB Bank ASA, Oslo | DNBA NO KK | 70010205520 | CP |
| QAR | Doha Bank, Doha | DOHB QA QA | 201134330120060 | CP |
| RUB | Credit Europe Bank (Russia) Ltd, Moscow | FMOS RU MM | 30111810400010004037, BIK (RU): 044525767, CBR: 30101810900000000767; INN: 7705148464; VO Code: 60070 | CP FX MM |
| SAR | Bank AlBilad, Riyadh | ALBI SA RI | IBAN: SA6615000999100555790003 | CP FX MM |
| SAR | NCB | NCBKSAJEXXX | 88321120000104 | CP |
| SEK | Nordea Bank AB (publ), Stockholm | NDEA SE SS | 39527905486SEK | CP FX MM |
| USD | Standard Chartered Bank, New York | SCBL US 33 | 3582–020569–001 | CP |
| USD | Citibank NA, New York | CITI US 33 | 36063425 | CP FX MM |
| USD | HSBC Bank USA NA, New York | MRMD US 33 | Ac: 000168319 | CP |
| USD | The Bank of New York Mellon, New York | IRVT US 3N | 890 0111 917 | CP |

| USD | JPMorgan Chase Bank National Association, New York, New York | CHAS US 33 | 958163545 | | CP FX MM |
|-----|-----|-----|-----|-----|-----|

| Metal | Bank | Swift/BIC | Account No | Loco |
|-------|------|-----------|------------|------|
| XAU | JPMorgan Chase Bank National Association | CHASGB2LBUL | 4023 | London |
| XAU | JPMorgan Chase Bank National Association | CHASGB2LBUL | 42400 | Zurich |
| XAG | JPMorgan Chase Bank National Association | CHASGB2LBUL | 10932 | London |
| XPT | JPMorgan Chase Bank National Association | CHASGB2LBUL | 30138 | London |
| XPT | JPMorgan Chase Bank National Association | CHASGB2LBUL | 30298 | Zurich |

| Market | Agent | Agent Swift/BIC | Account Beneficiary | Beneficiary Account Number |
|--------|-------|-----------------|---------------------|----------------------------|
| Euroclear | Euroclear, Brussels | MGTC BE BE | KTEF TR IS | 42382 |