# Exhibit 15




11/09/2025, 21:21    Standard Settlement Instructions

Learn MT103 & Correspondent Banking - Get Recording Access for $149

# Ohmyfin

Payments Tracking | Knowledge Center | Status Codes | Correspondent Banks | About | EN

# TURKIYE FINANS KATILIM BANKASI A.S.: Correspondents and Nostro Accounts

The list of correspondents has been emailed

For most of your tasks you will require correspondent banks with cathegory COMMERCIAL or ALL.

| Currency | Cathegory | SWIFT / BIC | Account | Name | National ID | Comment |
|---|---|---|---|---|---|---|
| USD | COMMERCIAL | CITIUS33 | 36208778 | Citibank NA | 021000089 | |
| USD | FINANCIAL | UBSWCHZH | 0230000097667.70N | UBS Switzerland AG | 00230 | |
| USD | COMMERCIAL | IRVTUS3N | 8900548290 | The Bank of New York Mellon | 021000018 | |
| USD | COMMERCIAL | MRMDUS33 | 000.141.593 | HSBC Bank USA National Association | 021001088 | |
| USD | COMMERCIAL | SCBLUS33 | 3582-020593-001 | Standard Chartered Bank | 026002561 | |
| USD | COMMERCIAL | CHASUS33 | 958163214 | JPMorgan Chase Bank, National Association | 021000021 | |

https://ohmyfin.ai/ssi/SSI-6310/email/Oliver.Steeple%40signaturelitigation.com    1/3