**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re:* Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C.§ 1782 | ) ) ) ) )    Case No. 1:25-mc-00414 |

**ORDER APPROVING APPLICATION TO TAKE DISCOVERY
IN AID OF FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782**

This case comes before the Court on the Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding ("Application"), filed by Energy Exploration and Development Limited ("Applicant"). The Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Josh Wong, and the proposed subpoena, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that Applicant is granted leave to serve subpoenas on Standard Chartered, Citibank, HSBC, Bank of New York Mellon, and JP Morgan Chase in substantially similar form as the proposed subpoena attached to the Application.


IT IS SO ORDERED this __ day of _____, 2025.


_____
UNITED STATES DISTRICT JUDGE