**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C.§ 1782 | Case No. _____ |

*EX PARTE* **APPLICATION PURSUANT TO 28 U.S.C. § 1782**
**FOR DISCOVERY FROM FIVE NEW YORK BANKS**

Pursuant to 28 U.S.C. § 1782, and Rules 26 and 45 of the Federal Rules of Civil Procedure, Energy Exploration and Development Limited ("ENEXD" or "Applicant") hereby respectfully moves *ex parte* for an Order to obtain discovery from five banks Standard Chartered Bank, Citibank N.A., HSBC Bank (USA) N.A., Bank of New York Mellon, and JP Morgan Chase Bank N.A. (the "Respondent Banks") for use in two foreign proceedings: (1) a soon-to-be-filed litigation in the High Court of Justice for England and Wales in the United Kingdom, which is currently in a pre-litigation demands, and (2) an ongoing proceeding in the courts of Ras Al-Khaimah in the United Arab Emirates to enforce an at-issue arbitral award.

In support of its Application, the ENEXD relies on: (i) the Memorandum of Law and (ii) supporting Declaration of Josh Wong filled concurrently with this Application, together with its supporting exhibits.

As set forth in the accompanying documents, this Application is brought on the grounds that (1) the discovery sought is for use in foreign proceedings; (2) the discovery is sought from parties who reside and are found in this District; and (3) the application is made by an interested party, which satisfies the requirements of 28 U.S.C. § 1782(a).

Therefore, Applicant respectfully requests the Court enter an Order (i) authorizing ENEXD to obtain discovery from the Respondent Banks pursuant to 28 U.S.C. § 1782; and (ii) granting Applicant leave to serve subpoenas in substantially similar form to the proposed subpoena attached to ENEXD's Application.

Date: September 22, 2025

/s/ Sandeep A. Prasanna
Sandeep A. Prasanna (No. 5463799)
Kirby D. Behre (*pro hac vice* forthcoming)
Ian A. Herbert (*pro hac vice* forthcoming)
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, DC 20006
Tel: (202) 626-5856
Email: sprasanna@milchev.com
Email: kbehre@milchev.com
Email: iherbert@milchev.com

*Attorneys for Applicant*

2