UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C. § 1782 | Case No. 25-mc-414 |

**ORDER**

Having reviewed the Ex Parte Application Of Energy Exploration and Development Limited ("ENEXD" or "Applicant") for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding pursuant to 28 U.S.C. § 1782 (the "Application"), Dkt. 1, the Memorandum of Law of Applicant, Dkt. 2, the Declaration of Josh Wong, Dkt. 3, and the Exhibits thereto, and the Motion for Discovery, Dkt. 7,

THE COURT HEREBY ORDERS THAT:

1. Applicant's Application for an order to take discovery from Standard Chartered Bank, Citibank N.A., HSBC Bank (USA) N.A., Bank of New York Mellon, and JP Morgan Chase Bank N.A. is GRANTED without prejudice to any objection that any of the banks may raise, including that the application does not meet the requirements of § 1782.
2. Applicant is ordered to serve a copy of this Order on each bank.
3. Applicant is authorized, pursuant to 28 U.S.C. § 1782, to issue and serve the subpoena substantially in the form attached to the Memorandum of Law as Dkt. 2-1.

The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance.

The Clerk of Court is respectfully directed to terminate Dkt. 7 and close the case.

Dated: October 1, 2025
    New York, New York

                                    _____
                                    ARUN SUBRAMANIAN
                                    United States District Judge