# JONES DAY

51 LOUISIANA AVENUE, N.W.  •  WASHINGTON, DC  20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number:  +1.202.879.5572
SCOTTREAU@JONESDAY.COM

October 31, 2025

VIA ECF

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:       *In Re: Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C. § 1782*, 25 misc. 414 (AS)

Dear Judge Subramanian:

We represent Kuveyt Türk Katilim Bankasi ("Kuveyt Türk"), Turkey's tenth largest bank. We are writing to provide the Court with notice of Kuveyt Türk's intentions with respect to this matter. We recently learned that Energy Exploration and Development Limited ("ENEXD") filed the above captioned case and applied for permission from this Court to serve subpoenas on five U.S. banks seeking information about Kuveyt Türk's correspondent bank accounts at those institutions. This Court granted that *ex parte* request on October 1, 2025. Dkt. 10. Kuveyt Türk has further learned that ENEXD has served subpoenas on correspondent banks pursuant to that order.

Kuveyt Türk has since reviewed ENEXD's § 1782 application and its accompanying materials. We believe that these filings with the Court contain material false and fraudulent information. For example, the *only* basis to tie Kuveyt Türk to this matter is a record that purports to show a transaction through Kuveyt Türk's correspondent account at Citibank N.A. This transaction never occurred, and the record supporting the § 1782 application to this Court is fraudulent.

As a result, Kuveyt Türk plans to move to intervene next week and ask, amongst other things, that the Court withdraw authorization to serve the subpoenas in this case because such authorization was procured by fraud. We have contacted the five correspondent banks involved in this proceeding to request that they permit our forthcoming motion to be considered by this Court before making productions.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

October 31, 2025
Page 2

We will move expeditiously to intervene and present a motion to this Court.[1]   We appreciate this Court's patience and consideration as we quickly coordinate with our foreign client.

Sincerely yours,

*/s/ Steven T. Cottreau*
Steven T. Cottreau
NY Bar No. 4967485

---

[1] For the planned motion and purposes of participation in this action, Kuveyt Türk intends to make a limited appearance and does not submit to in personam jurisdiction. *In re Gaming Lottery Securities Litig.*, 2000 WL 1801840 (S.D.N.Y. Dec. 7, 2000).