## DECLARATION OF ÖZKAN YAZICI

I, Özkan Yazıcı, declare that I am over the age of eighteen years and of sound mind to make this declaration. I have personal knowledge of the facts set forth below, all of which are true and accurate to the best of my knowledge and belief:

### BACKGROUND

1. I am the Head of Financial Institutions at Kuveyt Türk Katılım Bankası A.Ş. ("Kuveyt Türk"). I have been employed by Kuveyt Türk since 2011. From 2011 to 2017, I worked as a corporate sales associate, and later supervisor, in Kuveyt Türk's Marketing Department. From 2017 to 2019, I worked as a senior foreign exchange and precious metals dealer, and later marketing supervisor, in Kuveyt Türk's Treasury Department. From 2019 to 2022, I worked as a strategic project manager in Kuveyt Türk's Strategic Project Management Office. From 2022 to July 2025, I served as Head of Kuveyt Türk's Leasing and Incentive Marketing Department. I then became Kuveyt Türk's Head of Financial Institutions.

2. I received a Bachelor of Arts in Tourism Administration in 2009 from Boğaziçi University and a Master of Arts in International Trade and Monetary Management from Marmara Üniversitesi in 2012.

3. In my current role as Head of Financial Institutions, I am responsible for managing Kuveyt Türk 's relationships with other banks, including its U.S. correspondent banks. Because of my role at Kuveyt Türk, I have personal knowledge of Kuveyt Türk's U.S. correspondent banking relationships and full access to transaction records for such correspondent accounts.

### ALLEGED TRANSFER

4. I am aware that Energy Exploration and Development Limited ("ENEXD") submitted an application ("Application") on September 22, 2025, seeking Kuveyt Türk's bank

records from five U.S. banks. I submit this declaration in response to ENEXD's allegations in its Application and supporting documents relating to Kuveyt Türk.

5. Foreign banks typically maintain "correspondent" accounts with banks in the United States to process transactions in U.S. dollars, such as wire transfers.

6. ENEXD alleges that "On 14 February 2023 … a payment of USD5,705,441.82 was made to Petrolem Gulf Energy Trading LLC and Energy House from NIOC (International) using an account held at Kuveyt Turk." Wong Declaration ¶ 37(e).

7. ENEXD attaches three documents to the Wong Declaration apparently related to this alleged payment: (1) a letter or memo from NIOC International Affairs; (2) a commercial invoice from Petroleum Gulf Energy Trading LLC dated February 12, 2023; and (3) a bill of lading dated February 7, 2023. Wong Declaration Exhibit 11. Only the first of these three documents references Kuveyt Türk. The letter or memo from NIOC International Affairs references a claimed transaction dated February 14, 2023 (with a value date of February 16, 2023) and identifies the "debit account" as "36063425." Wong Declaration Exhibit 11 at 1. The number 36063425 is the account number for Kuveyt Türk's U.S. dollar correspondent account at Citibank, N.A.

**INVESTIGATION**

8. I investigated this alleged US $5,705,441.82 transaction in Exhibit 11 of the Wong Declaration by searching Kuveyt Türk's transaction records for its Citibank, N.A. U.S. dollar correspondent account (account number 36063425). These records contain all incoming and outgoing transactions in this account. Kuveyt Türk have never had a transaction in this account for $5,705,441.82 in February 2023, whether incoming or outgoing (credit or debit).

9. In the interest of thoroughness, I also conducted a broader search using an amount range. I searched for any transactions within a range of US $10,000 of the alleged $5,705,441.82 transaction amount, and did so by using a date range starting a week before and

ending a week after the alleged transaction dates of February 14 and 16. Thus, I searched for all incoming or outgoing transfers to or from Kuveyt Türk's U.S. dollar correspondent account at Citibank, N.A. (account number 36063425) between February 7, 2023 and February 23, 2023 in any amount from $5,695,441 to $5,715,442. No transfer within that amount range ever happened.

    I, Özkan Yazıcı, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of November, 2025.

_____

Özkan Yazıcı