UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: APPLICATION TO OBTAIN DISCOVERY FROM FIVE BANKS FOR USE IN INTERNATIONAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 25-mc-414 (AS) |

**DECLARATION OF STEVEN T. COTTREAU
IN SUPPORT OF MOTIONS FOR RELIEF FROM THE § 1782 ORDER,
FOR A PROTECTIVE ORDER, AND FOR TARGETED DISCOVERY**

Steven T. Cottreau
Charlotte H. Taylor
JONES DAY
51 Louisiana Ave, N.W.
Washington, DC 20001
(202) 879-3939

Fahad A. Habib (*pro hac vice forthcoming*)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

*Counsel for Kuveyt Türk Katılım Bankası A.Ş.*

## **DECLARATION OF STEVEN T. COTTREAU**

I, Steven T. Cottreau, Esq., declare that the following statements are true and correct:

1. I am a partner in the law firm Jones Day and counsel to Kuveyt Türk Katılım Bankası A.Ş. ("Kuveyt Türk").

2. Attached hereto as Exhibit A is a true and correct copy of the publicly available March 1, 2019 Approved Judgment handed down by the High Court of Justice of England and Wales in the matter of *Iranian Offshore Engineering & Construction Co. v. Dean Investment Holdings SA*, [2019] EWHC 472 (Comm), Claim No. CL-2016-000153.

3. Attached hereto as Exhibit B is a true and correct copy of the publicly available September 21, 2020 Approved Judgment handed down by the High Court of Justice of England and Wales in the matter of *Iranian Offshore Engineering & Construction Co. v. Zavarei*, [2020] EWHC 2497 (Comm), Case No. LM-2020-000003.

4. I obtained both documents through counsel, authorized to practice law in England, at Charles Russell Speechlys LLP in London.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2025

*/s/ Steven T. Cottreau*

Steven T. Cottreau
