UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C. § 1782

25-mc-414 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Kuveyt Türk Katılım Bankası A.Ş.'s (Intervenor) motion to intervene is GRANTED.

Intervenor's motion for a temporary protective order to stay discovery is GRANTED. Discovery is paused pending the resolution of the motion to vacate. ENEXD shall not serve any subpoenas pending further order of the Court.

ENEXD is directed to respond to the motion and to Intervenor's request for limited discovery regarding the alleged false transaction within 14 days. Intervenor may file a reply brief within 7 days of ENEXD's brief. Given the upcoming Thanksgiving holiday, the parties may meet and confer to propose an alternate briefing schedule.

The Clerk is directed to terminate the motion at Dkt. 14.

SO ORDERED.

Dated: November 7, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge