# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C.§ 1782 | Case No. 25-mc-414-AS |

## DECLARATION OF IAN A. HERBERT IN SUPPORT OF APPLICANT'S OPPOSITION TO KUVEYT TURK KATILIM BANKASI A.S.'S MOTION TO INTERVENE

**MILLER & CHEVALIER CHARTERED**

Sandeep A. Prasanna (No. 5463799)
Kirby D. Behre (*pro hac vice* pending)
Ian A. Herbert (*pro hac vice* pending)
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, DC 20006
Tel: (202) 626-5856
Email: sprasanna@milchev.com
Email: kbehre@milchev.com
Email: iherbert@milchev.com

*Attorneys for Applicant Energy Exploration and Development Limited*

## DECLARATION OF IAN A. HERBERT

I, Ian A. Herbert, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury the following:

1. I am counsel at the law firm of Miller & Chevalier Chartered, 900 16th Street, NW, Washington, D.C. 20006. I am a member in good standing of the bars of the District of Columbia and New York and I have a pro hac vice appearance pending in this Court on behalf of Applicant Energy Exploration and Development Ltd. ECF No. 9.

2. Attached hereto as Exhibit A is a true and correct copy of Citibank, N.A.'s October 30, 2025 letter Response and Objections to the subpoena.

3. Attached hereto as Exhibit B is a true and correct copy of an October 31, 2025 email from Jennifer Garrett, counsel to HSBC Bank.

4. Attached hereto as Exhibit C is a true and correct copy of the docket in *Frost v. Kuwait Finance House, et al.*, No. 1:23-cv-09453 (S.D.N.Y. Oct. 27, 2023).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2026, in Washington, D.C.

_____
Ian A. Herbert (*pro hac vice*)