# Exhibit B

| | |
|---|---|
| **From:** | Jennifer GARRETT |
| **To:** | Herbert, Ian |
| **Cc:** | Behre, Kirby; Huamani, Brittany |
| **Subject:** | RE: EXTERNAL: RE: Case No. 1:25-mc-414 |
| **Date:** | Friday, October 31, 2025 3:32:07 PM |

**EXTERNAL**



Counsel,

We have received word that counsel for Kuwait Finance House and Kuveyt Turk plan to move to quash – I suggest you contact them about that.  We provided responses and objections to the subpoena on time, including indicating to you that we will not produce any documents without a protective order or confidentiality agreement, which we stand by.  I do not see anything else to discuss, but I am available on Monday after 3pm ET.

Best,
Jen

**Jennifer S. Garrett**
Senior Legal Counsel
U.S. Litigation, Regulatory Enforcement & Investigations | **HSBC North America Holdings Inc.**
66 Hudson Boulevard East
New York, NY 10001

| | |
|---|---|
| **E-mail:** | jennifer.garrett@us.hsbc.com |
| **Telephone:** | 212-525-6572 |
| **Website:** | www.HSBC.com |

This e-mail, including any attachments, is confidential. It is being sent by the HSBC Legal Function and may contain legally privileged information. If you are not the intended recipient, you may not copy, forward, disclose or use any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete this message and any copies and attachments.

**From:** Herbert, Ian <iherbert@milchev.com>
**Sent:** Friday, October 31, 2025 3:27 PM
**To:** Jennifer GARRETT <jennifer.garrett@us.hsbc.com>
**Cc:** Behre, Kirby <kbehre@milchev.com>; Huamani, Brittany <bhuamani@milchev.com>
**Subject:** EXTERNAL: RE: Case No. 1:25-mc-414

Counsel,

The deadline to respond to the subpoena was yesterday. HSBC did not produce any documents in response to the subpoena and has not committed to a timeline for producing documents. We are most interested in account statements for Kuveyt Turk Katilim Bankasi and Turkiye Finans Katilim Bankasi. Those statements should not be burdensome to pull and produce. Please produce the accounts statements by Monday.

Given the failure to produce any documents or provide a timeline for such a production, we are considering filing a motion to compel forthwith. Please let us know when on Monday you are available to meet and confer.

Regards,
Ian


**IAN A. HERBERT**
Member | he/him/his | Miller & Chevalier Chartered
iherbert@milchev.com | 202.626.1496

---

**From:** Jennifer GARRETT <jennifer.garrett@us.hsbc.com>
**Sent:** Thursday, October 30, 2025 8:03 PM
**To:** Herbert, Ian <iherbert@milchev.com>; Prasanna, Sandeep <sprasanna@milchev.com>
**Subject:** Case No. 1:25-mc-414

**EXTERNAL**

---

Counsel,

Please see the attached correspondence.

Best,
Jen

**Jennifer S. Garrett**
Senior Legal Counsel
U.S. Litigation, Regulatory Enforcement & Investigations | **HSBC North America Holdings Inc.**
66 Hudson Boulevard East
New York, NY 10001

| E-mail: | jennifer.garrett@us.hsbc.com |
|---|---|
| Telephone: | 212-525-6572 |
| Website: | www.HSBC.com |

This e-mail, including any attachments, is confidential. It is being sent by the HSBC Legal Function and may contain legally privileged information. If you are not the intended recipient, you may not copy, forward, disclose or use any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete this message and any copies and attachments.

RESTRICTED
****************************************************************
This E-mail is confidential. It may also be legally privileged. If

you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.
*******************************************************************
SAVE PAPER - THINK BEFORE YOU PRINT!

This email has been sent to you securely. This secure transmission was either delivered by Transport Layer Security between email systems or using Secure Email encryption powered by Proofpoint.

RESTRICTED

*******************************************************************
This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.
*******************************************************************
SAVE PAPER - THINK BEFORE YOU PRINT!

This email has been sent to you securely. This secure transmission was either delivered by Transport Layer Security between email systems or using Secure Email encryption powered by Proofpoint.