# Exhibit C

APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23-cv-09453-LAP

Estate of Russell Frost et al v. Kuwait Finance House et al
Assigned to: Judge Loretta A. Preska
Related Case: 1:21-cv-04795-LAP
Cause: 28:1610 Juridictional Immunities of Foreign States

Date Filed: 10/27/2023
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**ABC**
*TERMINATED: 01/22/2024*

**Plaintiff**

**Estate of Russell Frost**       represented by    **Richard Peter Donoghue**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212-858-1161
Email: richard.donoghue@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street, NW
Washington, DC 20036
202-663-9280
Email: william.bosch@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
Pillsbury Winthrop Shaw Pittman LLP
DC
1200 17th St. NW
Washington, DC 20036
304-612-4708
Email: gary.shaw@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
Singer Hoffman, LLC
1209A Laskin Road
Virginia Beach, VA 23451
757-301-9995
Email: kevin.hoffman@singerhoffman.com
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
Pillsbury Winthrop Shaw Pittman LLP (DC)
1200 Seventeenth Street, NW

Washington, DC 20036
(202) 663-8068
Fax: (202) 354-5261
Email: michael.jaffe@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Randy Singer**
Singer Hoffman, LLC
1209 Laskin Road
Virginia Beach, VA 23451
757-301-9995
Email: randy.singer@singerhoffman.com
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
Pillsbury Winthrop Shaw Pittman LLP
1200 17th St. NW
Washington, DC 20036
202-663-8017
Email: thomas.howard@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammie Frost**                    represented by   **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Frost**                    represented by   **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Frost**                    represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madison Frost**                                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Waiel El-Maadawy**                                 represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Zeinab El-Maadawy**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Ihab El-Maadawy**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Tamer El-Maadawy**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Mohammed El-Maadawy**              represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Mustafa El-Maadawy**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**BilQis Aidara Adjei,**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Grant**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malik Elmaadawy**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel Elmaadawy**                                              represented by  **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amr Mohamed**
                                                         represented by  **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Mohamed,**
                                                         represented by  **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Wendel**                    represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Martin**                    represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Drew Rowe**                              represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**The Estate of John Hamen**               represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Hamen**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekka Hamen**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Johann Hamen** | represented by | **Richard Peter Donoghue** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Viktoria Hamen** | represented by | **Richard Peter Donoghue** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Alexandria Hamen**                    represented by  **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katarina Hamen**                                   represented by   **Richard Peter Donoghue**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William Michael Bosch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Gary Shaw**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kevin Allin Hoffman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Michael Evan Jaffe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Randy Singer**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Thomas Landon Howard , III**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sebastian Hamen**                                 represented by   **Richard Peter Donoghue**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William Michael Bosch**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Gary Shaw**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kevin Allin Hoffman**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Michael Evan Jaffe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Randy Singer**
                                                                     (See above for address)

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**M.H**                                    represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Mark McAlister**                         represented by **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal McAlister**      represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N. Raquel McAlister**      represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Ann McAlister**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian McAlister**                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Estate of S.F.**                    represented by  **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W.A.**                    represented by  **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.S.**                          represented by   **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.S.**                                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B.A.**                                    represented by    **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S.A.**                 represented by   **Richard Peter Donoghue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Allin Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Evan Jaffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randy Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Landon Howard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DEF**
*TERMINATED: 01/22/2024*

**Defendant**

**Kuwait Finance House**          represented by   **Christopher James Houpt**
Mayer Brown LLP (NY)
1221 Avenue of the Americas, 14th Floor
New York, NY 10020-1001
(212) 506-2380
Fax: (212) 849-5830
Email: choupt@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Hanchet**
Mayer Brown LLP

1221 Avenue of the Americias
New York, NY 10019
212-506-2500
Email: mhanchet@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Hamburg**
Mayer Brown LLP (NY)
1221 Avenue of the Americas, 14th Floor
New York, NY 10020-1001
(212)-506-2297
Fax: (212)-849-5519
Email: rhamburg@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Swope Kaufmann**
Lewis Baach Kaufmann Middlemiss PLLC
10 Grand Central
155 East 44th Street
Ste 25th Floor
New York, NY 10017
212-826-7001
Fax: 212-826-7146
Email: adam.kaufmann@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Alexander Bedrosyan**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street N.W.
Suite 400
Washington, DC 20001
202-659-7874
Fax: 202-466-5738
Email: alexander.bedrosyan@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Alyssa Marie Orellana**
Jones Day
CA
4655 Executive Dr
San Diego, CA 92121
858-314-1177
Email: aorellana@jonesday.com
*ATTORNEY TO BE NOTICED*

**Annika Conrad**
Lewis Baach Kaufmann Middlemiss PLLC
10 Grand Central
155 East 44th Street
Ste 25th Floor
New York, NY 10017
212-822-0163
Email: Annika.Conrad@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Ariel Volpe**
Jones Day - Washington
51 Louisiana Avenue
Washington, DC 20001
202-879-3860
Email: avolpe@jonesday.com
*ATTORNEY TO BE NOTICED*

**Benjamin Bright**
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
212-506-2462
Email: bbright@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Charlotte Taylor**
Jones Day
51 Louisiana Ave, NW
Washington, DC 20001
202-879-3872
Email: ctaylor@jonesday.com
*ATTORNEY TO BE NOTICED*

**David Weinstein**
Lewis Baach Kaufmann Middlemiss PLLC
155 E 44th Street
25th Floor
New York, NY 10017
212-897-1973
Email: david.weinstein@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Eric L. Lewis**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street. N.W.
Suite 400
Washington, DC 20001
202-833-8900
Fax: 202-466-5738
Email: eric.lewis@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Fahad Anwar Habib**
Jones Day (SF)
555 California Street, 26th Floor
San Francisco, CA 94104
415-875-5761
Fax: 415-875-5700
Email: fahabib@jonesday.com
*ATTORNEY TO BE NOTICED*

**Gabrielle Ellisa Pritsker**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
(202)-879-3685

Email: gpritsker@jonesday.com
*ATTORNEY TO BE NOTICED*

**John W. Moscow**
Lewis Baach Kaufmann Middlemiss PLLC
155 E 44th Street
25th Floor
New York, NY 10017
212-826-7001
Fax: 212-826-7146
Email: john.moscow@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Lesley Roe**
Jones Day - Washington
51 Louisiana Ave N.W.
Washington, DC 20001
202-879-4669
Email: lroe@jonesday.com
*ATTORNEY TO BE NOTICED*

**Rasha G Shields**
Jones Day (LA)
555 South Flower Street
50th Floor
Los Angeles, CA 90071
(213)-243-2719
Email: rgergesshields@jonesday.com
*ATTORNEY TO BE NOTICED*

**Solomon B Shinerock**
Lewis Baach Kaufmann Middlemiss PLLC
10 Grand Central
155 East 44th Street
Ste 25th Floor
New York, NY 10017
212-822-0165
Email: solomon.shinerock@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Steven Thomas Cottreau**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
202-879-3939
Fax: 202-627-1700
Email: scottreau@jonesday.com
*ATTORNEY TO BE NOTICED*

**Yasmine Hajjaji**
Jones Day
555 California Street
26th Floor
San Francisco, CA 94014
628-264-7797
Email: yhajjaji@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kuveyt Turk Katilim Bankasi A.S.**                    represented by **Christopher James Houpt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Hanchet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Hamburg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Swope Kaufmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander Bedrosyan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Marie Orellana**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Annika Conrad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariel Volpe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Bright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlotte Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Weinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fahad Anwar Habib**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabrielle Ellisa Pritsker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W. Moscow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lesley Roe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rasha G Shields**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Solomon B Shinerock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Thomas Cottreau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yasmine Hajjaji**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**Citibank N.A.**                    represented by  **David Ryan Michaeli**
Hogan Lovells US LLP (NYC)
390 Madison Ave.
New York, NY 10017
1.212.918.3017
Fax: 1 212 918 3100
Email: david.michaeli@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**James Lawrence Bernard**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
212-918-3000
Fax: 212-918-3000
Email: james.bernard@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Mohammad Basim Pathan**
Davis Wright Tremaine LLP
1251 6th Ave 21st Floor
New York, NY 10020
212-603-6414
Email: mohammadpathan@dwt.com
*ATTORNEY TO BE NOTICED*

**Patrick Nicholas Petrocelli**
Hogan Lovells US LLP

390 Madison Avenue
New York, NY 10017
212-918-3000
Fax: 212-918-3100
Email: patrick.petrocelli@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Sharon L. Schneier**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212) 489-8230
Fax: (212) 489-8340
Email: sharonschneier@dwt.com
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**Standard Chartered Bank**                    represented by **Lisa Jean Fried**
Herbert Smith Freehills Kramer New York
LLP
1177 Avenue of the Americas
New York, NY 10036
917-542-7600
Fax: 917-542-7601
Email: lisa.fried@hsf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**HSBC Bank USA N.A.**                    represented by **Stephen Mark Dollar**
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
212-318-3211
Email: steve.dollar@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devlin Healey**
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
212-318-3132
Email:
devlin.healey@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Sean Michael Topping**
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
212-318-3361
Email: sean.topping@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**Bank of New York Mellon N.A.**

represented by **Evan T. Barr**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-549-0336
Fax: 212-521-5450
Email: ebarr@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven B. Feigenbaum**
Braverman Greenspun P.C.
110 East 42nd Street
New York, NY 10017
212-682-2900
Email: sfeigenbaum@braverlaw.net
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**JPMorgan Chase Bank N.A.**

represented by **Richard Peter Donoghue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven B. Feigenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Michael Bosch**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2023 | 1 | ***Sealed*** ORDER, Case sealed. (Signed by Judge Gregory H. Woods on 03/25/2023) (nmo) (Entered: 10/31/2023) |
| 10/27/2023 | | CASE REFERRED TO Judge Loretta A. Preska as possibly related to 21-cv-4795. (nmo) (Entered: 10/31/2023) |
| 10/30/2023 | 2 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/31/2023) |
| 11/07/2023 | | CASE ACCEPTED AS RELATED. Create association to 1:21-cv-04795-LAP. Notice of Assignment to follow. (tro) (Entered: 11/07/2023) |
| 11/07/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 11/07/2023) |
| 11/07/2023 | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (tro) (Entered: 11/07/2023) |
| 11/16/2023 | 3 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 11/16/2023) |
| 11/27/2023 | 4 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/27/2023) |
| 11/27/2023 | 5 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/27/2023) |

| 12/13/2023 | 6 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/13/2023) |
|---|---|---|
| 12/20/2023 | 7 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/21/2023) |
| 12/21/2023 | 8 | SEALED DOCUMENT placed in vault.(nmo) (Entered: 12/22/2023) |
| 12/21/2023 | 9 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 12/22/2023) |
| 12/22/2023 | 10 | SEALED DOCUMENT placed in vault.(nmo) (Entered: 12/22/2023) |
| 01/16/2024 | 11 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/16/2024) |
| 01/16/2024 | 12 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/16/2024) |
| 01/17/2024 | 13 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/17/2024 | 14 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/17/2024 | 15 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/17/2024 | 16 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/17/2024 | 17 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/17/2024 | 18 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/17/2024 | 19 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/17/2024) |
| 01/19/2024 | 20 | SEALED DOCUMENT placed in vault..(jus) (Entered: 01/19/2024) |
| 01/22/2024 | 21 | ORDER: The Clerk of Court is respectfully directed to unseal the above- captioned case. The Clerk of Court further shall restrict the viewing access of the documents already filed in this case and all documents that will hereafter be filed in this case to parties and Court personnel only. So Ordered. (Signed by Judge Loretta A. Preska on 1/22/2024) (js) (Entered: 01/22/2024) |
| 01/22/2024 | 22 | COMPLAINT against Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. Document filed by Jennifer Ham en, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Viktoria Hamen, Tamer El-Maadawy, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, Tammie Frost.(js). ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21*** (js). (Additional attachment(s) added on 1/25/2024: # 1 Exhibit 1-9) (js). (Entered: 01/22/2024) |
| 01/22/2024 | 23 | CIVIL COVER SHEET filed. ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***.(js) (js). (Entered: 01/22/2024) |
| 01/22/2024 | 24 | ***SELECTED PARTIES*** STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv- 4795. Document filed by Jennifer Ham en, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Viktoria Hamen, Tamer El-Maadawy, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, Tammie Frost, Bank of New York Mellon N.A., Citibank N.A., HSBC Bank USA N.A., JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Standard Chartered Bank. (Attachments: # 1 Errata ABC-DEF) Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |

| 01/22/2024 | 25 | ***SELECTED PARTIES*** SUMMONS ISSUED as to Bank of New York Mellon N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21*** (Entered: 01/23/2024) |
| 01/22/2024 | 26 | ***SELECTED PARTIES*** SUMMONS ISSUED as to Citibank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 27 | ***SELECTED PARTIES*** SUMMONS ISSUED as to HSBC Bank USA N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 28 | ***SELECTED PARTIES*** SUMMONS ISSUED as to JPMorgan Chase Bank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 29 | ***SELECTED PARTIES*** SUMMONS ISSUED as to Kuveyt Turk Katilim Bankasi A.S. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 30 | ***SELECTED PARTIES*** SUMMONS ISSUED as to Kuwait Finance House. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 31 | ***SELECTED PARTIES*** SUMMONS ISSUED as to Standard Chartered Bank. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 32 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File Excess Pages addressed to Judge Loretta A. Preska from William M. Bosch dated 11/13/2023. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 3 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 33 | ***SELECTED PARTIES***NOTICE of motion for Order of Attachment: Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 3 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 34 | ***SELECTED PARTIES***MEMORANDUM OF LAW IN SUPPORT OFPLAINTIFFS' MOTION FOR ORDER OF ATTACHMENT: Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 3 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 35 | ***SELECTED PARTIES***DECLARATION of JOHN DOE. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 3 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 36 | ***SELECTED PARTIES*** DECLARATION OF WILLIAM M. BOSCHIN SUPPORT OF MOTION FOR ORDER OF ATTACHMENT: Motion or Order to File Under Seal: 21 .***This document was previously filed under seal in envelope 3 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | 37 | ***SELECTED PARTIES***DECLARATION OF CHRISTOPHER J. HOUPT IN SUPPORT OF KUVEYT TURK KATILIM BANKASI A.S.'S ORDER TO SHOW CAUSE Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 4 and unsealed by docket entry 21***(js) (Additional attachment(s) added on 1/23/2024: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (js). (Entered: 01/23/2024) |
| 01/22/2024 | 38 | ***SELECTED PARTIES***DECLARATION OF TURGAY CAVAS: Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 4 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |

| | | |
|---|---|---|
| 01/22/2024 | [39](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW IN SUPPORT OF KUVEYT TURK KATILIM BANKASI A.S.'S ORDER TO SHOW CAUSE: ***This document was previously filed under seal in envelope 4 and unsealed by docket entry 21***Motion or Order to File Under Seal: [21](#) .(js) (Entered: 01/23/2024) |
| 01/22/2024 | [40](#) | ***SELECTED PARTIES*** PROPOSED ORDER TO SHOW CAUSE: Motion or Order to File Under Seal: [21](#) . ***This document was previously filed under seal in envelope 3 and unsealed by docket entry 21***(js) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/23/2024) |
| 01/22/2024 | [41](#) | ***SELECTED PARTIES*** ORDER: The Court has received Defendant Kuveyt Turk Katilim Bankasi A.S.s (Kuveyt Turk) proposed Order to Show Cause and accompanying Memorandum of Law in support of such proposed order, dated November 22, 2023. Counsel for Plaintiffs and Defendants shall confer and inform the Court by letter of a proposed briefing schedule on Kuyvet Turks proposed Order to Show Cause and motion to vacate the restraining notice.The Court is also in receipt of Plaintiffs Motion for Order of Attachment, dated November 13, 2023, and underlying papers in support thereof. In addition to the briefing schedule for Kuyvet Turks proposed Order to Show Cause, Counsel shall also confer and inform the Court by letter of a proposed briefing schedule on Plaintiffs Motion for Order of Attachment. So Ordered. ***This document was previously filed under seal in envelope 5 and unsealed by docket entry 21*** (Signed by Judge Loretta A. Preska on 11/27/2023) (js) (Entered: 01/23/2024) |
| 01/22/2024 | [42](#) | ***SELECTED PARTIES***APPEARANCE OF COUNSEL: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Nominal Defendant JPMorgan Chase Bank, N.A. ***This document was previously filed under seal in envelope 6 and unsealed by docket entry 21*** Motion or Order to File Under Seal: [21](#) .(js) (Entered: 01/23/2024) |
| 01/22/2024 | [43](#) | ***SELECTED PARTIES*** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying JPMorgan Chase & Co as Corporate Parent. Document filed by JPMorgan Chase Bank N.A. Motion or Order to File Under Seal: [21](#) . ***This document was previously filed under seal in envelope 6 and unsealed by docket entry 21*** (Entered: 01/23/2024) |
| 01/22/2024 | [44](#) | ***SELECTED PARTIES***APPEARANCE OF COUNSEL: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Nominal Defendant The Bank of New York Mellon Motion or Order to File Under Seal: [21](#) . ***This document was previously filed under seal in envelope 6 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | [45](#) | ***SELECTED PARTIES*** RULE 7.1 STATEMENT. Identifying The Bank of New York Mellon Corporation as Corporate Parent. Document filed by Bank of New York Mellon N.A Motion or Order to File Under Seal: [21](#) . ***This document was previously filed under seal in envelope 6 and unsealed by docket entry 21***(js) (Entered: 01/23/2024) |
| 01/22/2024 | [46](#) | ***SELECTED PARTIES***NOTICE OF APPEARANCE: PLEASE TAKE NOTICE that Mohammad B. Pathan, an attorney with DAVIS WRIGHT TREMAINE LLP, hereby enters his appearance as counsel for Citibank, N.A. with respect to the above captioned matter and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this Court. ***This document was previously filed under seal in envelope 7 and unsealed by docket entry 21***(js) Motion or Order to File Under Seal: [21](#) .(js) Modified on 1/24/2024 (js). (Entered: 01/24/2024) |
| 01/22/2024 | [47](#) | ***SELECTED PARTIES***NOTICE OF APPEARANCE: PLEASE TAKE NOTICE that Sharon L. Schneier, an attorney with DAVIS WRIGHT TREMAINE LLP, hereby enters her appearance as counsel for Citibank, N.A. with respect to the above captioned matter and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this Court. Motion or Order to File Under Seal: [21](#) . ***This document was |

| | | |
|---|---|---|
| | | previously filed under seal in envelope 6 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 48 | ***SELECTED PARTIES***CERTIFICATE OF SERVICE of Certificate of Service served on Steven T. Cottreau, Charlotte H. Taylor, Ariel N. Volpe, Mark G. Hanchet, Christopher J. Houpt, Robert W. Hamburg, Benjamin D. Bright, Fahad A. Habib on 12/20/2023. Service was accepted by Electronic Mail. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 7 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 49 | ***SELECTED PARTIES*** LETTER: addressed to Judge Loretta A. Preska from William M. Bosch dated 12/20/2023. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 6 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (tro). (Entered: 01/24/2024) |
| 01/22/2024 | 50 | ***SELECTED PARTIES*** ORDER (Signed by Judge Loretta A. Preska on 12/21/2023) ***This document was previously filed under seal in envelope 9 and unsealed by docket entry 21*** (js) Modified on 1/25/2024 (tro). (Entered: 01/24/2024) |
| 01/22/2024 | 51 | ***SELECTED PARTIES***AFFIDAVIT of Service of Karl Rowe: Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 52 | ***SELECTED PARTIES***AFFIDAVIT of Service of Val Glickman. Document filed by Standard Chartered Bank Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) Modified on 1/24/2024 (js). (Entered: 01/24/2024) |
| 01/22/2024 | 53 | ***SELECTED PARTIES***AFFIDAVIT of Service of Karl Rowe. Document filed by JPMorgan Chase Bank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 54 | ***SELECTED PARTIES***AFFIDAVIT of Service of Karl Rowe. Document filed by Citibank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 55 | ***SELECTED PARTIES***AFFIDAVIT of Service of Joe Horton. Document filed by HSBC Bank USA N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 6 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 56 | ***SELECTED PARTIES***PROOF OF SERVICE: Bank of New York Mellon N.A. served on 11/9/2023 Service was accepted by Gloria Tevelles - Representative of BNY Mellon. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 57 | ***SELECTED PARTIES***PROOF OF SERVICE; Citibank N.A. served on 11/9/2023 Service was accepted by Jordanny Sanchez-Paralegal. Document filed by Citibank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) (Entered: 01/24/2024) |
| 01/22/2024 | 58 | ***SELECTED PARTIES*** PROOF OF SERVICE: JPMorgan Chase Bank N.A. served on 11/10/2023, Service was accepted by Mohamed Dansoko - Intake Specialist. Motion or Order to File Under Seal: 21 .***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21*** (js) (Entered: 01/24/2024) |
| 01/22/2024 | 59 | ***SELECTED PARTIES***WAIVER OF SERVICE RETURNED EXECUTED. Kuveyt Turk Katilim Bankasi A.S. waiver sent on 1/23/2024, answer due 4/22/2024. Document filed by Kuveyt Turk Katilim Bankasi A.S.; Jennifer Hamen; Megan Martin; Alexandria Hamen; S.F., W.A., S.S., M.S., B.A., and S.A. ; Tamer El-Maadawy; Viktoria Hamen; Amanda Frost; Alexis Grant; Zeinab El-Maadawy; Crystal Frost; Lori Wendel; Brenda Mohamed,; Amr Mohamed; Christian McAlister; Standard Chartered Bank; Malik Elmaadawy; Sebastian Hamen; Mark |

| | | |
|---|---|---|
| | | McAlister; M.H; JPMorgan Chase Bank N.A.; John Hamen; Rebekka Hamen; Katarina Hamen; Mohammed El-Maadawy; Madison Frost; Drew Rowe; Crystal McAlister; Bank of New York Mellon N.A.; Gabriel Elmaadawy; N. Raquel McAlister; Johann Hamen; Ihab El-Maadawy; Estate of Russell Frost; Mustafa El-Maadawy; BilQis Aidara Adjei,; Christina Ann McAlister; Waiel El-Maadawy; HSBC Bank USA N.A.; Tammie Frost; Kuwait Finance House; Citibank N.A.. Motion or Order to File Under Seal: 1 .(Bosch, William) Modified on 1/24/2024) (js). (Entered: 01/24/2024) |
| 01/22/2024 | 60 | ***SELECTED PARTIES***WAIVER OF SERVICE RETURNED EXECUTED. Kuwait Finance House waiver sent on 1/23/2024, answer due 4/22/2024. Document filed by Kuveyt Turk Katilim Bankasi A.S.; Jennifer Hamen; Megan Martin; Alexandria Hamen; S.F., W.A., S.S., M.S., B.A., and S.A. ; Tamer El-Maadawy; Viktoria Hamen; Amanda Frost; Alexis Grant; Zeinab El-Maadawy; Crystal Frost; Lori Wendel; Brenda Mohamed,; Amr Mohamed; Christian McAlister; Standard Chartered Bank; Malik Elmaadawy; Sebastian Hamen; Mark McAlister; M.H; JPMorgan Chase Bank N.A.; John Hamen; Rebekka Hamen; Katarina Hamen; Mohammed El-Maadawy; Madison Frost; Drew Rowe; Crystal McAlister; Bank of New York Mellon N.A.; Gabriel Elmaadawy; N. Raquel McAlister; Johann Hamen; Ihab El-Maadawy; Estate of Russell Frost; Mustafa El-Maadawy; BilQis Aidara Adjei,; Christina Ann McAlister; Waiel El-Maadawy; HSBC Bank USA N.A.; Tammie Frost; Kuwait Finance House; Citibank N.A.. Motion or Order to File Under Seal: 1 .(Bosch, William) Modified on 1/25/2024) (js). (Entered: 01/24/2024) |
| 01/22/2024 | 79 | ***SELECTED PARTIES***ANSWER to 22 Complaint Document filed by Bank of New York Mellon N.A Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 11 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (js). (Entered: 01/25/2024) |
| 01/22/2024 | 80 | ***SELECTED PARTIES***ANSWER to 22 Complaint Document filed by JPMorgan Chase Bank N.A., Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 11 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (js). (Entered: 01/25/2024) |
| 01/22/2024 | 81 | ***SELECTED PARTIES***ANSWER to 22 Complaint. Document filed by Citibank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 10 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (js). (Entered: 01/25/2024) |
| 01/22/2024 | 82 | ***SELECTED PARTIES***CERTIFICATE OF SERVICE of Defendant Citibank N.A.'s Answer to Plaintiffs' Complaint Motion or Order to File Under Seal: 21 ..***This document was previously filed under seal in envelope 12 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (js). (Entered: 01/25/2024) |
| 01/22/2024 | 83 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Sharon L. Schneier dated 1/8/2024 Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 12 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (tro). (Entered: 01/25/2024) |
| 01/22/2024 | 84 | ***SELECTED PARTIES*** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Citicorp LLC, and Citigroup Inc. as Corporate Parents. Document filed by Citibank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 13 and unsealed by docket entry 21***(js) Modified on 1/25/2024) |
| 01/22/2024 | 85 | ***SELECTED PARTIES***CERTIFICATE OF SERVICE of Rule 7.1 Corporate Disclosure Statement of Citibank, N.A. served on Steven T. Cottreau, Charlotte H. Taylor, Ariel N. Volpe, Mark G. Hanchet, Christopher J. Houpt, Robert W. Hamburg, Benjamin D. Bright, Fahad A. Habib on 1/17/2024. Service was accepted by Electronic Mail. Document filed by Citibank N.A. Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 13 and unsealed by docket entry 21***(js) Modified on 1/25/2024) |

| 01/22/2024 | 86 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated 1/5/2024. ***This document was previously filed under seal in envelope 14 and unsealed by docket entry 21***Motion or Order to File Under Seal: 21 .(js) Modified on 1/25/2024 (tro). (Entered: 01/25/2024) |
|---|---|---|
| 01/22/2024 | 87 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Sharon L. Schneier dated 1/8/2024 Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 15 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (tro). (Entered: 01/25/2024) |
| 01/22/2024 | 88 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 1/8/2024 ***This document was previously filed under seal in envelope 16 and unsealed by docket entry 21*** (js) Motion or Order to File Under Seal: 21 . Modified on 1/25/2024 (tro). (Entered: 01/25/2024) |
| 01/22/2024 | 92 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 1/8/2024 Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 16 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (tro). (Entered: 01/25/2024) |
| 01/22/2024 | 93 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated 1/9/2024 Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 17 and unsealed by docket entry 21***(js) Modified on 1/25/2024 (tro). (Entered: 01/25/2024) |
| 01/22/2024 | 94 | ***SELECTED PARTIES*** RESPONSE To Citibank's letter dated January 8, 2024. Document filed by William M. Bosch Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 18 and unsealed by docket entry 21*** (js) (Entered: 01/25/2024) |
| 01/22/2024 | 95 | ***SELECTED PARTIES*** ORDER: Counsel for Plaintiffs, Kuyvet Turk, and Citibank each shall appear for a telephone conference on January 17, 2024, at 12:00 p.m. The dial-in for the conference is (877) 402-9753, access code 6545179. Motion or Order to File Under Seal: 21. ***This document was previously filed under seal in envelope 19 and unsealed by docket entry 21*** (Signed by Judge Loretta A. Preska on 1/11/2024) (js) (Entered: 01/25/2024) |
| 01/22/2024 | 96 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated 1/9/2024. Motion or Order to File Under Seal: 21. ***This document was previously filed under seal in envelope 20 and unsealed by docket entry 21*** Motion or Order to File Under Seal: 21 .(js) (Entered: 01/25/2024) |
| 01/22/2024 | 97 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated 1/11/2024 Motion or Order to File Under Seal: 21 .(js)***This document was previously filed under seal in envelope 20 and unsealed by docket entry 21*** (Entered: 01/25/2024) |
| 01/22/2024 | 98 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated 12/20/2023 Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 20 and unsealed by docket entry 21*** (js) (Entered: 01/25/2024) |
| 01/22/2024 | 99 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated 1/5/2024 Motion or Order to File Under Seal: 21 . ***This document was previously filed under seal in envelope 20 and unsealed by docket entry 21*** (js) (Entered: 01/25/2024) |
| 01/22/2024 | 101 | MOTION FOR ADMISSION PRO HAC VICE: Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Gary Shaw hereby move this Court for an Order for admission to practice Pro Hae Vice to appear as counsel for Plaintiffs (see addendum) in the above-captioned action. ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 9 ***.(js) (Entered: 01/26/2024) |

| | | |
|---|---|---|
| 01/22/2024 | 102 | MOTION FOR ADMISSION PRO HAC VICE: Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael E. Jaffe hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs (see addendum) in the above-captioned action. ***This document was previously filed under seal in envelope 2 and unsealed by docket entry 9 ***..(js) Modified on 2/13/2024 (kj). (Entered: 01/26/2024) |
| 01/24/2024 | 61 | ***SELECTED PARTIES*** ORDER: The dial-in for the conference is (877) 402-9753, access code 6545179. The Clerk of Court shall restrict the viewing level of this Order to the parties and Court personnel. SO ORDERED. ( Telephone Conference set for 1/25/2024 at 11:00 AM before Judge Loretta A. Preska.) (Signed by Judge Loretta A. Preska on 1/20/2024) (tg) (Entered: 01/24/2024) |
| 01/24/2024 | 62 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven T. Cottreau dated January 24, 2024 re: in Response to Plaintiffs' January 21. 2024 Letter. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, Christina Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 01/24/2024) |
| 01/24/2024 | 63 | NOTICE OF APPEARANCE by Stephen Mark Dollar on behalf of HSBC Bank USA N.A... (Dollar, Stephen) (Entered: 01/24/2024) |
| 01/24/2024 | 64 | NOTICE OF APPEARANCE by Sean Michael Topping on behalf of HSBC Bank USA N.A... (Topping, Sean) (Entered: 01/24/2024) |
| 01/24/2024 | 65 | NOTICE OF APPEARANCE by Steven Thomas Cottreau on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Cottreau, Steven) (Entered: 01/24/2024) |
| 01/24/2024 | 66 | NOTICE OF APPEARANCE by Charlotte Taylor on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Taylor, Charlotte) (Entered: 01/24/2024) |
| 01/24/2024 | 67 | NOTICE OF APPEARANCE by Gabrielle Ellisa Pritsker on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Pritsker, Gabrielle) (Entered: 01/24/2024) |
| 01/24/2024 | 68 | NOTICE OF APPEARANCE by Devlin Healey on behalf of HSBC Bank USA N.A...(Healey, Devlin) (Entered: 01/24/2024) |
| 01/24/2024 | 69 | MOTION for Gary J. Shaw to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28855786. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel..(Shaw, Gary) (Entered: 01/24/2024) |
| 01/24/2024 | 70 | MOTION for Michael Evan Jaffe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28855827. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Viktoria Hamen, Mark McAlister, ABC, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El- |

| | | |
|---|---|---|
| | | Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel..(Jaffe, Michael) (Entered: 01/24/2024) |
| 01/24/2024 | 71 | MOTION for Fahad A. Habib to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28855976. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. (Attachments: # 1 Affidavit of Fahad A. Habib in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing - California, # 3 Proposed Order for Admission Pro Hac Vice). (Habib, Fahad) (Entered: 01/24/2024) |
| 01/24/2024 | 72 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 01/24/2024 re: Response to January 23, 2024 Letter. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 01/24/2024) |
| 01/24/2024 | 73 | ***SELECTED PARTIES*** LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 01/24/2024. Document filed by Kuveyt Turk Katilim Bankasi A.S., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit Attachment 1)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 01/24/2024) |
| 01/24/2024 | 78 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 01/25/2024) |
| 01/25/2024 | 74 | NOTICE OF APPEARANCE by Mark Hanchet on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Hanchet, Mark) (Entered: 01/25/2024) |
| 01/25/2024 | 75 | NOTICE OF APPEARANCE by Christopher James Houpt on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Houpt, Christopher) (Entered: 01/25/2024) |
| 01/25/2024 | 76 | NOTICE OF APPEARANCE by Robert William Hamburg on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Hamburg, Robert) (Entered: 01/25/2024) |
| 01/25/2024 | 77 | NOTICE OF APPEARANCE by Benjamin Bright on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Bright, Benjamin) (Entered: 01/25/2024) |
| 01/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 69 MOTION for Gary J. Shaw to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28855786. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 70 MOTION for Michael Evan Jaffe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28855827. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/25/2024) |
| 01/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 71 MOTION for Fahad A. Habib to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28855976. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/25/2024) |
| 01/25/2024 | | Minute Entry for proceedings held before Judge Loretta A. Preska: Telephone Conference held on 1/25/2024. (Court Reporter Steven Greenblum) (mph) (Entered: 01/25/2024) |
| 01/25/2024 | 89 | ORDER FOR ADMISSION PRO HAC VICE granting 71 Motion for Fahad A. Habib to Appear Pro Hac Vice. (Signed by Judge Loretta A. Preska on 1/25/2024) (ks) (Entered: 01/25/2024) |
| 01/25/2024 | 90 | ORDER FOR ADMISSION PRO HAC VICE granting 69 Motion for Gary J. Shaw to Appear Pro Hac Vice. (Signed by Judge Loretta A. Preska on 1/25/2024) (ks) (Entered: 01/25/2024) |
| 01/25/2024 | 91 | ORDER FOR ADMISSION PRO HAC VICE granting 70 Motion for Michael Evan Jaffe to Appear Pro Hac Vice. (Signed by Judge Loretta A. Preska on 1/25/2024) (ks) (Entered: 01/25/2024) |
| 01/26/2024 | 100 | ***SELECTED PARTIES*** ORDER: The Clerk of Court shall restrict the viewing level of this Order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 1/26/2024) (tg) (Entered: 01/26/2024) |
| 01/29/2024 | 103 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated January 29, 2024 re: Kuveyt Turk's Letter Motion for Conference. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/29/2024) |
| 01/29/2024 | 104 | ***SELECTED PARTIES***AFFIDAVIT of William M. Bosch . Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/29/2024) |
| 01/29/2024 | 105 | ***SELECTED PARTIES***AMENDED LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated January 29, 2024 re: Kuveyt Turk's Letter Motion for Conference (with Exhibit A attached). Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, |

|  |  | Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/29/2024) |
|---|---|---|
| 01/29/2024 | 106 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Mohammad B. Pathan dated January 29, 2024 re: Joint Proposal. Document filed by Citibank N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Pathan, Mohammad) (Entered: 01/29/2024) |
| 01/30/2024 | 107 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 01/30/2024) |
| 01/30/2024 | 108 | ***SELECTED PARTIES*** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Standard Chartered Bank, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe.Motion or Order to File Under Seal: 21 .(rro) (Entered: 01/30/2024) |
| 01/30/2024 | 109 | ***SELECTED PARTIES***NOTICE OF APPEARANCE by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A.. Motion or Order to File Under Seal: 21 .(rro) (Entered: 01/30/2024) |
| 01/30/2024 | 110 | ***SELECTED PARTIES***NOMINAL DEFENDANT STANDARD CHARTERED BANK'S ANSWER TO PLAINTIFFS' COMPLAINT. Document filed by Standard Chartered Bank, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, |

| | | Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A..Motion or Order to File Under Seal: 21 .(rro) (Entered: 01/30/2024) |
|---|---|---|
| 01/31/2024 | 111 | ***SELECTED PARTIES*** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent HSBC USA Inc. for HSBC Bank USA N.A.. Document filed by HSBC Bank USA N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Dollar, Stephen) (Entered: 01/31/2024) |
| 01/31/2024 | 112 | ***SELECTED PARTIES***ANSWER to 22 Complaint,,,. Document filed by HSBC Bank USA N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Dollar, Stephen) (Entered: 01/31/2024) |
| 01/31/2024 | 113 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven Cottreau dated 1/31/2024 re: January 29, 2024 Letters. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 01/31/2024) |
| 02/01/2024 | 114 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated February 1, 2024 re: Kuveyt Turk's January 31 Letter. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 02/01/2024) |
| 02/02/2024 | 115 | ***SELECTED PARTIES*** ORDER: The Clerk of Court shall restrict the viewing level of this Order to the parties, counsel for John Doe, and Court personnel. (Signed by Judge Loretta A. Preska on 2/1/2024) (rro) (Entered: 02/02/2024) |

| 02/06/2024 | 116 | **FILING ERROR - PDF ERROR -** MOTION for Kevin A. Hoffman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28911929. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel..(Hoffman, Kevin) Modified on 2/6/2024 (bc). (Entered: 02/06/2024) |
|---|---|---|
| 02/06/2024 | 117 | **FILING ERROR - PDF ERROR -** MOTION for Randy D. Singer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28912004. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel..(Singer, Randy) Modified on 2/6/2024 (bc). (Entered: 02/06/2024) |
| 02/06/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 116 MOTION for Kevin A. Hoffman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28911929. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (bc) (Entered: 02/06/2024) |
| 02/06/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 117 MOTION for Randy D. Singer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28912004. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (bc) (Entered: 02/06/2024) |
| 02/08/2024 | 118 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated February 8, 2024 re: Witness Disclosures. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 02/08/2024) |
| 02/08/2024 | 119 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven Cottreau dated 02/08/2024 re: Court's February 2, 2024 Order. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, |

| | | |
|---|---|---|
| | | Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 02/08/2024) |
| 02/09/2024 | 120 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated February 9, 2024 re: Witness Disclosures. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 02/09/2024) |
| 02/12/2024 | 121 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this Order to the parties in the above-captioned related cases and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/12/2024) (ama) (Entered: 02/12/2024) |
| 02/12/2024 | 122 | ***SELECTED PARTIES*** ORDER: The Clerk of Court shall restrict the viewing level of this Order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/12/2024) (ama) (Entered: 02/13/2024) |
| 02/13/2024 | 123 | MOTION for Kevin A. Hoffman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel..(Hoffman, Kevin) (Entered: 02/13/2024) |
| 02/13/2024 | 124 | MOTION for Randy D. Singer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel..(Singer, Randy) (Entered: 02/13/2024) |
| 02/13/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 123 MOTION for Kevin A. Hoffman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 02/13/2024) |
| 02/13/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 124 MOTION for Randy D. Singer to Appear Pro Hac Vice . Motion and supporting papers to** |

| | | |
|---|---|---|
| | | be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz) (Entered: 02/13/2024) |
| 02/13/2024 | 125 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this Order to the parties in the above-captioned related cases and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/13/2024) (ama) (Entered: 02/13/2024) |
| 02/22/2024 | 126 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this Order to the parties in the above-captioned related cases and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/22/2024) (ama) (Entered: 02/22/2024) |
| 02/22/2024 | 127 | ORDER FOR ADMISSION PRO HAC VICE: granting 123 Motion for Kevin A. Hoffman to Appear Pro Hac Vice. The Clerk of the Court shall restrict the viewing of this Order to the parties and Court personnel. (Signed by Judge Loretta A. Preska on 2/22/2024) (ama) Modified on 3/7/2024 (ama). (Entered: 02/22/2024) |
| 02/22/2024 | 128 | ORDER FOR ADMISSION PRO HAC VICE: granting 124 Motion for Randy D. Singer to Appear Pro Hac Vice. The Clerk of the Court shall restrict the viewing of this Order to the parties and Court personnel. (Signed by Judge Loretta A. Preska on 2/22/2024) (ama) Modified on 3/7/2024 (ama). (Entered: 02/22/2024) |
| 02/26/2024 | 129 | MOTION for Lesley E. Roe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28997394. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. (Attachments: # 1 Affidavit of Lesley E. Roe in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing - Minnesota, # 3 Exhibit B - Certificate of Good Standing - District of Columbia, # 4 Proposed Order for Admission of Lesley E. Roe Pro Hac Vice).(Roe, Lesley) (Entered: 02/26/2024) |
| 02/26/2024 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 129 MOTION for Lesley E. Roe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28997394. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 02/26/2024) |
| 02/26/2024 | 130 | MOTION for Ariel N. Volpe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28997668. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. (Attachments: # 1 Affidavit of Ariel N. Volpe in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing - Virginia, # 3 Exhibit B - Certificate of Good Standing - District of Columbia, # 4 Proposed Order for Admission of Ariel N. Volpe Pro Hac Vice).(Volpe, Ariel) (Entered: 02/26/2024) |
| 02/26/2024 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 130 MOTION for Ariel N. Volpe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28997668. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 02/26/2024) |
| 02/27/2024 | 131 | ORDER FOR ADMISSION PRO HAC VICE: granting 129 Motion for Lesley E. Roe to Appear Pro Hac Vice. (Signed by Judge Loretta A. Preska on 2/27/2024) (ama) (Entered: 02/27/2024) |
| 02/27/2024 | 132 | ORDER FOR ADMISSION PRO HAC VICE: granting 130 Motion for Ariel N. Volpe to Appear Pro Hac Vice. (Signed by Judge Loretta A. Preska on 2/27/2024) (ama) (Entered: 02/27/2024) |
| 02/29/2024 | 133 | NOTICE of Substitution of Attorney. Old Attorney: Steven B. Feigenbaum, New Attorney: Steven B. Feigenbaum, Address: Braverman Greenspun, P.C., 110 East 42nd Street, 17th Floor, New York, New York, USA 10017, 212-682-2900. Document filed by JPMorgan Chase Bank N.A...(Feigenbaum, Steven) (Entered: 02/29/2024) |

| 03/08/2024 | 134 | ***SELECTED PARTIES***NOTICE of Joint Submission on Access to Hearing Testimony and Transcript. Document filed by Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 03/08/2024) |
| 03/08/2024 | 135 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Mark G. Hanchet dated March 8, 2024 re: Evidentiary Hearing. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Hanchet, Mark) (Entered: 03/08/2024) |
| 03/15/2024 | 136 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated March 15, 2024 re: CIMB's Participation. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 03/15/2024) |
| 03/15/2024 | 137 | ***SELECTED PARTIES***NOTICE of Court Ordered Disclosures. Document filed by Kuveyt Turk Katilim Bankasi A.S., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 10 .(Cottreau, Steven) (Entered: 03/15/2024) |
| 03/18/2024 | 138 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/18/2024) |
| 03/18/2024 | 139 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Mark G. Hanchet dated March 18, 2024 re: In Response to the March 14, 2024 Letter. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark |

| | | |
|---|---|---|
| | | McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Hanchet, Mark) (Entered: 03/18/2024) |
| 03/18/2024 | 140 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated March 18, 2024 re: Defendants' Rebuttal Witness Disclosures. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 03/18/2024) |
| 03/20/2024 | 141 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/20/2024) (ama) (Entered: 03/20/2024) |
| 03/21/2024 | 142 | PROPOSED STIPULATION AND ORDER. Document filed by Bank of New York Mellon N.A...(Barr, Evan) (Entered: 03/21/2024) |
| 03/25/2024 | 143 | ***SELECTED PARTIES*** STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT THE BANK OF NEW YORK MELLON: The Clerk of the Court shall restrict the viewing level of this order to the parties and to Court personnel. SO ORDERED. Attorney Evan T. Barr for Bank of New York Mellon N.A. added. (Signed by Judge Loretta A. Preska on 3/25/2024) (tg) (Entered: 03/25/2024) |
| 03/25/2024 | 144 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Mark G. Hanchet dated March 25, 2024 re: In Response to the March 22, 2024 Letter. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Hanchet, Mark) (Entered: 03/25/2024) |
| 03/25/2024 | 145 | ***SELECTED PARTIES***NOTICE of Court Ordered Disclosures. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 03/25/2024) |

| 03/25/2024 | [146](#) | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing of this order to the parties in the above-captioned cases and Court personnel. The parties shall share this order with counsel for declarant Reza Mousavi. (Signed by Judge Loretta A. Preska on 3/25/2024) (rro) (Entered: 03/26/2024) |
|---|---|---|
| 03/26/2024 | [147](#) | ***SELECTED PARTIES***AFFIDAVIT of Citibank, N.A. . Document filed by Citibank N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E)Motion or Order to File Under Seal: [21](#) .(Schneier, Sharon) (Entered: 03/26/2024) |
| 03/27/2024 | [148](#) | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this order to the parties and Court personnel. The parties shall share a copy of this order with counsel for John Doe. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/27/2024) (tg) (Entered: 03/27/2024) |
| 03/27/2024 | [149](#) | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this order to the parties and Court personnel. The parties shall share a copy of this order with counsel for John Doe. SO ORDERED. (Signed by Judge Loretta A. Preska on 3/27/2024) (tg) (Entered: 03/27/2024) |
| 03/29/2024 | [150](#) | ***SELECTED PARTIES***NOTICE of Pre-Hearing Disclosures. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 03/29/2024) |
| 03/29/2024 | [151](#) | ***SELECTED PARTIES*** PRETRIAL STATEMENT *Declaration of Emily B. Tate*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 03/29/2024) |
| 03/29/2024 | [152](#) | ***SELECTED PARTIES*** PRETRIAL STATEMENT *Declaration of John Doe, also known as Reza Mousavi*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, |

JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit 1 - Browser, # 2 Exhibit 2 - Images, # 3 Exhibit 3 - Data, # 4 Exhibit 4 - Data, # 5 Exhibit 5 - Imagery, # 6 Exhibit 6 - Invoice, # 7 Exhibit 7 - Letter, # 8 Exhibit 8 - Invoice, # 9 Exhibit 9 - Letter, # 10 Exhibit 10 - Image, # 11 Exhibit 11 - Data, # 12 Exhibit 12 - Data, # 13 Exhibit 13 - Data, # 14 Exhibit 14 - Data, # 15 Exhibit 15 - Data, # 16 Exhibit 16 - Data, # 17 Exhibit 17 - Data, # 18 Exhibit 18 - Invoice, # 19 Exhibit 19 - Invoice, # 20 Exhibit 20 - Image, # 21 Exhibit 21 - Image, # 22 Exhibit 22 - Data, # 23 Exhibit 23 - Data, # 24 Exhibit 24 - Imagery, # 25 Exhibit 25 - Imagery, # 26 Exhibit 26 - Data, # 27 Exhibit 27 - Data, # 28 Exhibit 28 - Data, # 29 Exhibit 29 - Data, # 30 Exhibit 30 - Data, # 31 Exhibit 31 - Invoice, # 32 Exhibit 32 - Data, # 33 Exhibit 33 - Data, # 34 Exhibit 34 - Data, # 35 Exhibit 35 - Letter, # 36 Exhibit 36 - Data, # 37 Exhibit 37 - Data, # 38 Exhibit 38 - Imagery, # 39 Exhibit 39 - Image, # 40 Exhibit 40 - Data, # 41 Exhibit 41 - Data, # 42 Exhibit 42 - Imagery, # 43 Exhibit 43 - Data, # 44 Exhibit 44- Imagery, # 45 Exhibit 45 - Data, # 46 Exhibit 46 - Data, # 47 Exhibit 47 - Data, # 48 Exhibit 48 - Report, # 49 Exhibit 49 - Data, # 50 Exhibit 50 - Data, # 51 Exhibit 51 - Data, # 52 Exhibit 52 - Invoice)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 03/29/2024)

| | | |
|---|---|---|
| 04/01/2024 | 153 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steve Dollar dated April 1, 2024 re: March 27, 2024 Order (Dkt. 148). Document filed by HSBC Bank USA N.A..Motion or Order to File Under Seal: 1 .(Dollar, Stephen) (Entered: 04/01/2024) |
| 04/01/2024 | 154 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steve Dollar dated April 1, 2024 (corrected to allow restricted access to parties) re: March 27, 2024 Order (Dkt. 148). Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Dollar, Stephen) (Entered: 04/01/2024) |
| 04/01/2024 | 155 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Lisa J. Fried dated April 1, 2024 re: March 27, 2024 Order (Dkt. 148). Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 148 .(Fried, Lisa) (Entered: 04/01/2024) |
| 04/03/2024 | 156 | ***SELECTED PARTIES***NOTICE of Errata to ECF No. 152 re: 152 Pretrial Statement,,,,,,,,,. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, |

| | | |
|---|---|---|
| | | JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 04/03/2024) |
| 04/03/2024 | 157 | ***SELECTED PARTIES*** LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 3, 2024. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D).(Cottreau, Steven) (Entered: 04/03/2024) |
| 04/04/2024 | 158 | ***SELECTED PARTIES*** LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 4, 2024. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 04/04/2024) |
| 04/04/2024 | 159 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from William M. Bosch dated April 4, 2024 re: 157 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 3, 2024. . Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 04/04/2024) |
| 04/04/2024 | 160 | ***SELECTED PARTIES*** ORDER terminating 157 Motion for Conference re: 157 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 3, 2024., 158 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 4, 2024. ; terminating 158 Motion for Conference re: 157 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 3, 2024., 158 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 4, 2024. The Clerk of the Court shall restrict the viewing level of this order to the parties in the above-captioned case and Court personnel. The Clerk of the Court is respectfully directed to close docket entries numbered 157 |

| | | |
|---|---|---|
| | | and 158 in Frost, 23-cv-9453, and docket entries numbered 204 and 205 in Levinson, 21-cv-4795. (Signed by Judge Loretta A. Preska on 4/4/2024) (ks) (Entered: 04/05/2024) |
| 04/05/2024 | 161 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Sharon L. Schneier dated April 5, 2024 re: Evidentiary Hearing. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A.. (Attachments: # 1 Exhibit J)Motion or Order to File Under Seal: 21 .(Schneier, Sharon) (Entered: 04/05/2024) |
| 04/06/2024 | 162 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Daniel W. Levy dated April 6, 2024 re: 158 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Steven Cottreau dated April 4, 2024. . Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Shaw, Gary) (Entered: 04/06/2024) |
| 04/07/2024 | 163 | ***SELECTED PARTIES***DECLARATION of Citibank, N.A. . Document filed by Citibank N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 21 .(Schneier, Sharon) (Entered: 04/07/2024) |
| 04/07/2024 | 164 | ***SELECTED PARTIES*** LETTER MOTION for Conference re: 163 Declaration,,, addressed to Judge Loretta A. Preska from Randy D. Singer dated April 7, 2024. Document filed by Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Viktoria Hamen, Tamer El-Maadawy, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, Tammie Frost, Bank of New York Mellon N.A., Citibank N.A., HSBC Bank USA N.A., JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Standard Chartered Bank.Motion or Order to File Under Seal: 1 .(Hoffman, Kevin) (Entered: 04/07/2024) |

| 04/08/2024 | 165 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/6/2024) (tg) (Entered: 04/08/2024) |
|---|---|---|
| 04/08/2024 | 166 | ***SELECTED PARTIES*** ORDER terminating 164 Letter Motion for Conference re: 164 LETTER MOTION for Conference re: 163 Declaration,,, addressed to Judge Loretta A. Preska from Randy D. Singer dated April 7, 2024. The Clerk of the Court shall restrict the viewing level of this order to the parties and Court personnel and is respectfully directed to close docket entry number 164. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/8/2024) (tg) (Entered: 04/08/2024) |
| 04/17/2024 | 167 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 4/17/2024 re: April 9, 2024 Transcript. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 04/17/2024) |
| 04/19/2024 | 168 | ***SELECTED PARTIES***TRIAL BRIEF *Post-Hearing Brief*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 04/19/2024) |
| 04/19/2024 | 169 | ***SELECTED PARTIES***TRIAL BRIEF *Post-Hearing Brief*. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 04/19/2024) |
| 04/26/2024 | 170 | ***SELECTED PARTIES***TRIAL BRIEF *Post-Hearing Response Brief*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda |

| | | Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 04/26/2024) |
|---|---|---|
| 04/26/2024 | 171 | ***SELECTED PARTIES***TRIAL BRIEF *Post-Hearing Response Brief*. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 04/26/2024) |
| 05/01/2024 | 172 | NOTICE OF APPEARANCE by Evan T. Barr on behalf of Bank of New York Mellon N.A... (Barr, Evan) (Entered: 05/01/2024) |
| 05/16/2024 | 173 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing level of this order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 5/16/2024) (mml) (Entered: 05/17/2024) |
| 05/29/2024 | 174 | MOTION for Yasmine Hajjaji to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-29416378. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. (Attachments: # 1 Affidavit Affidavit of Y. Hajjaji ISO Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order [Proposed] Order for Admission Pro Hac Vice).(Hajjaji, Yasmine) (Entered: 05/29/2024) |
| 05/30/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 174 MOTION for Yasmine Hajjaji to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-29416378. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/30/2024) |
| 06/02/2024 | 175 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated June 2, 2024 re: Briefing Schedule. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 06/02/2024) |
| 06/03/2024 | 176 | ORDER FOR ADMISSION PRO HAC VICE granting 174 Motion to Appear Pro Hac Vice. The motion of Yasmine Hajjaji for admission to practice Pro Hac Vice in the above-captioned action is granted. As further set forth by this Order. (Signed by Judge Loretta A. Preska on 6/3/2024) (tg) (Entered: 06/03/2024) |
| 06/03/2024 | 177 | ***SELECTED PARTIES*** MEMO ENDORSEMENT on re: 175 Letter,,,, filed by Standard Chartered Bank, Gabriel Elmaadawy, Johann Hamen, M.H, Alexis Grant, Mohammed El-Maadawy, Amr Mohamed, Kuwait Finance House, Katarina Hamen, Ihab El-Maadawy, JPMorgan Chase Bank N.A., Sebastian Hamen, Mustafa El-Maadawy, Citibank N.A., Alexandria Hamen, BilQis Aidara Adjei,, N. Raquel McAlister, Crystal Frost, Tammie Frost, Estate of Russell Frost, Tamer El-Maadawy, Crystal McAlister, Zeinab El-Maadawy, Lori |

| | | |
|---|---|---|
| | | Wendel, Rebekka Hamen, John Hamen, Drew Rowe, Amanda Frost, Megan Martin, Christian McAlister, Malik Elmaadawy, Brenda Mohamed,, Waiel El-Maadawy, Viktoria Hamen, Bank of New York Mellon N.A., Jennifer Hamen, Kuveyt Turk Katilim Bankasi A.S., S.F., W.A., S.S., M.S., B.A., and S.A., Madison Frost, HSBC Bank USA N.A., Mark McAlister, Christina Ann McAlister. ENDORSEMENT: The Court hereby so-orders the above briefing schedule proposed jointly by the parties. The Clerk of the Court shall restrict the viewing of this order to the parties and to Court personnel. SO ORDERED. Kuveyt Turk Katilim Bankasi A.S. answer due 8/6/2024; Kuwait Finance House answer due 8/6/2024.( Motions due by 8/6/2024., Responses due by 6/25/2024, Replies due by 7/26/2024.) (Signed by Judge Loretta A. Preska on 6/3/2024) (tg) (Entered: 06/03/2024) |
| 06/05/2024 | [178](#) | ***SELECTED PARTIES***NOTICE of Amended Declaration and Reference. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 06/05/2024) |
| 06/05/2024 | [179](#) | ***SELECTED PARTIES*** PRETRIAL STATEMENT *Amended Declaration of John Doe, also known as Reza Mousavi*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # [1](#) Exhibit 1-17, # [2](#) Exhibit 18-34, # [3](#) Exhibit 35-52)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 06/05/2024) |
| 06/25/2024 | [180](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition *to Kuveyt Turk Katilim Bankasi A.S.'s Order to Show Cause*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # [1](#) Exhibit A - Restraining Notice, # [2](#) Exhibit B - CPLR 5222, # [3](#) Exhibit C - Hanchet Declaration)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 06/25/2024) |
| 06/25/2024 | [181](#) | ***SELECTED PARTIES***DECLARATION of William M. Bosch *in Support of Plaintiffs' Opposition to Order to Show Cause*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, |

| | | |
|---|---|---|
| | | Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 06/25/2024) |
| 06/25/2024 | 182 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 32 LETTER MOTION for Leave to File Excess Pages addressed to Judge Loretta A. Preska from William M. Bosch dated 11/13/2023. . Document filed by Kuveyt Turk Katilim Bankasi A.S., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 06/25/2024) |
| 07/26/2024 | 183 | ***SELECTED PARTIES*** REPLY *In Support of Motion to Vacate Restraining Notice*. Document filed by Kuveyt Turk Katilim Bankasi A.S., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 07/26/2024) |
| 07/26/2024 | 184 | ***SELECTED PARTIES*** REPLY *in Support of Plaintiffs' Motion for Order of Attachment*. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 07/26/2024) |
| 08/02/2024 | 185 | ***SELECTED PARTIES*** AMENDED COMPLAINT amending 22 Complaint,,, against Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House.Document filed by Kuveyt Turk Katilim Bankasi A.S., Estate of Russell Frost, Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, |

Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Related document: 22 Complaint,,,,. (Attachments: # 1 Exhibit 1 - Hamen Default Judgment, # 2 Exhibit 2 - Hamen Damages Order, # 3 Exhibit 3 - Hamen 1610c Order, # 4 Exhibit 4 - Frost Default Judgment Order, # 5 Exhibit 5 - Frost Damages Order, # 6 Exhibit 6 - Frost 1610c Order, # 7 Exhibit 7 - WA Default Judgment Order, # 8 Exhibit 8 - WA Damages Order, # 9 Exhibit 9 - WA 1610c Order, # 10 Exhibit 10 - Bernhardt Default Judgment, # 11 Exhibit 11 - Bernhardt Memorandum Opinion, # 12 Exhibit 12 - Bernhardt 1610c Order)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 08/02/2024)

| 08/16/2024 | 186 | ***SELECTED PARTIES***ANSWER to 185 Amended Complaint,,,,,,. Document filed by Citibank N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Schneier, Sharon) (Entered: 08/16/2024) |
| --- | --- | --- |
| 08/16/2024 | 187 | ***SELECTED PARTIES***ANSWER to 185 Amended Complaint,,,,,,. Document filed by Standard Chartered Bank, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Lori Wendel.Motion or Order to File Under Seal: 21 .(Fried, Lisa) (Entered: 08/16/2024) |
| 08/16/2024 | 188 | ***SELECTED PARTIES*** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 08/16/2024) |
| 08/16/2024 | 189 | ***SELECTED PARTIES*** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Kuwait Finance House for Kuveyt Turk Katilim Bankasi A.S.. Document filed by Kuveyt Turk Katilim Bankasi A.S., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, |

| | | Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: [21] .(Cottreau, Steven) (Entered: 08/16/2024) |
|---|---|---|
| 08/16/2024 | [190] | ***SELECTED PARTIES*** MOTION to Dismiss . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: [21] .(Cottreau, Steven) (Entered: 08/16/2024) |
| 08/16/2024 | [191] | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: [190] MOTION to Dismiss . . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: [21] .(Cottreau, Steven) (Entered: 08/16/2024) |
| 08/16/2024 | [192] | ***SELECTED PARTIES***ANSWER to [185] Amended Complaint,,,,,,. Document filed by JPMorgan Chase Bank N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: [21] .(Feigenbaum, Steven) (Entered: 08/16/2024) |
| 08/16/2024 | [193] | ***SELECTED PARTIES***ANSWER to [185] Amended Complaint,,,,,,. Document filed by HSBC Bank USA N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: [21] .(Dollar, Stephen) (Entered: 08/16/2024) |
| 08/26/2024 | [194] | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated August 26, 2024 re: Briefing Schedule. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, |

| | | |
|---|---|---|
| | | JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel McAlister, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 08/26/2024) |
| 08/27/2024 | [195](#) | ***SELECTED PARTIES*** MEMO ENDORSEMENT on re: [194](#) Letter,,,, filed by Standard Chartered Bank, Gabriel Elmaadawy, Johann Hamen, M.H, Alexis Grant, Mohammed El-Maadawy, Amr Mohamed, Kuwait Finance House, Katarina Hamen, Ihab El-Maadawy, JPMorgan Chase Bank N.A., Sebastian Hamen, Mustafa El-Maadawy, Citibank N.A., Alexandria Hamen, BilQis Aidara Adjei,, N. Raquel McAlister, Crystal Frost, Tammie Frost, Estate of Russell Frost, Tamer El-Maadawy, Crystal McAlister, Zeinab El-Maadawy, Lori Wendel, Rebekka Hamen, John Hamen, Drew Rowe, Amanda Frost, Megan Martin, Christian McAlister, Malik Elmaadawy, Brenda Mohamed,, Waiel El-Maadawy, Viktoria Hamen, Bank of New York Mellon N.A., Jennifer Hamen, Kuveyt Turk Katilim Bankasi A.S., S.F., W.A., S.S., M.S., B.A., and S.A., Madison Frost, HSBC Bank USA N.A., Mark McAlister, Christina Ann McAlister. ENDORSEMENT: The Court grants the parties' proposed briefing schedule. The Clerk of the Court shall restrict the viewing level of this Order to the parties and to Court personnel. SO ORDERED. ( Replies due by 10/4/2024., Responses due by 9/16/2024) (Signed by Judge Loretta A. Preska on 8/27/2024) (tg) (Entered: 08/27/2024) |
| 09/05/2024 | [196](#) | ***SELECTED PARTIES***CONSENT MOTION for Extension of Time to File Answer re: [185](#) Amended Complaint,,,,,, . Document filed by Bank of New York Mellon N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 1 .(Barr, Evan) (Entered: 09/05/2024) |
| 09/10/2024 | [197](#) | ***SELECTED PARTIES*** MEMO ENDORSEMENT granting [196](#) Letter Motion for Extension of Time to Answer re [185](#) Amended Complaint,,,,,,. ENDORSEMENT: Nominal Defendant Bank of New York Mellon shall have until September 12, 2024, to file an amended answer to Plaintiffs' Amended Complaint. The Clerk of the Court shall close docket entry 196 and restrict the viewing level of this order to the parties and Court personnel. SO ORDERED. Bank of New York Mellon N.A. answer due 9/12/2024. (Signed by Judge Loretta A. Preska on 9/10/2024) (tg) (Entered: 09/10/2024) |
| 09/12/2024 | [198](#) | ***SELECTED PARTIES***ANSWER to [185](#) Amended Complaint,,,,,,. Document filed by Bank of New York Mellon N.A., Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 1 .(Barr, Evan) (Entered: 09/12/2024) |
| 09/16/2024 | [199](#) | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: [190](#) MOTION to Dismiss . . Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El- |

| | | |
|---|---|---|
| | | Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 09/16/2024) |
| 09/16/2024 | 200 | ***SELECTED PARTIES***DECLARATION of William M. Bosch in Opposition re: 190 MOTION to Dismiss .. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 09/16/2024) |
| 10/04/2024 | 201 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 190 MOTION to Dismiss . . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 10/04/2024) |
| 10/04/2024 | 202 | ***SELECTED PARTIES***DECLARATION of Ahmad Fuad Mohd Yatim in Support re: 190 MOTION to Dismiss .. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 10/04/2024) |
| 10/28/2024 | 203 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing of this Order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 10/28/2024) (tg) (Entered: 10/29/2024) |
| 10/29/2024 | 204 | ***SELECTED PARTIES***NOTICE OF APPEARANCE by James Lawrence Bernard on behalf of Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, |

| | | |
|---|---|---|
| | | Kuveyt Turk Katilim Bankasi A.S., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,. Motion or Order to File Under Seal: 21 .(Bernard, James) (Entered: 10/29/2024) |
| 10/29/2024 | 205 | ***SELECTED PARTIES***NOTICE OF APPEARANCE by Patrick Nicholas Petrocelli on behalf of Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,. Motion or Order to File Under Seal: 21 .(Petrocelli, Patrick) (Entered: 10/29/2024) |
| 10/29/2024 | 206 | ***SELECTED PARTIES***NOTICE OF APPEARANCE by David Ryan Michaeli on behalf of Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,. Motion or Order to File Under Seal: 21 .(Michaeli, David) (Entered: 10/29/2024) |
| 11/08/2024 | 207 | ***SELECTED PARTIES*** MEMORANDUM AND ORDER re: 33 Notice (Other) filed by Gabriel Elmaadawy, Johann Hamen, M.H, Alexis Grant, Mohammed El-Maadawy, Amr Mohamed, Katarina Hamen, Ihab El-Maadawy, Sebastian Hamen, Mustafa El-Maadawy, Alexandria Hamen, BilQis Aidara Adjei,, N. Raquel McAlister, Crystal Frost, Tammie Frost, Estate of Russell Frost, Tamer El-Maadawy, Crystal McAlister, Zeinab El-Maadawy, Lori Wendel, Rebekka Hamen, Drew Rowe, John Hamen, Amanda Frost, Megan Martin, Christian McAlister, Malik Elmaadawy, Brenda Mohamed,, Waiel El-Maadawy, Viktoria Hamen, Jennifer Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Madison Frost, Mark McAlister, Christina Ann McAlister, 40 Proposed Order. The Clerk of the Court shall restrict the viewing level of this Memorandum and Order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/8/2024) (tg) (Entered: 11/08/2024) |
| 11/12/2024 | 208 | NOTICE OF APPEARANCE by Adam Swope Kaufmann on behalf of Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S...(Kaufmann, Adam) (Entered: 11/12/2024) |
| 11/12/2024 | 209 | NOTICE OF APPEARANCE by Solomon B Shinerock on behalf of Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S...(Shinerock, Solomon) (Entered: 11/12/2024) |
| 11/12/2024 | 210 | NOTICE OF APPEARANCE by Annika Conrad on behalf of Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S...(Conrad, Annika) (Entered: 11/12/2024) |
| 11/12/2024 | 211 | NOTICE OF APPEARANCE by John W. Moscow on behalf of Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S...(Moscow, John) (Entered: 11/12/2024) |
| 11/12/2024 | 212 | NOTICE OF APPEARANCE by Eric L. Lewis on behalf of Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S...(Lewis, Eric) (Entered: 11/12/2024) |

| 11/22/2024 | 213 | ***SELECTED PARTIES*** MOTION for Reconsideration *of Order [ECF 207]*. Document filed by All Parties.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 11/22/2024) |
| 11/22/2024 | 214 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 213 MOTION for Reconsideration *of Order [ECF 207]*. . Document filed by All Parties. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 11/22/2024) |
| 11/22/2024 | 215 | ***SELECTED PARTIES***DECLARATION of John Doe in Support re: 213 MOTION for Reconsideration *of Order [ECF 207]*.. Document filed by All Parties. (Attachments: # 1 Exhibit 53, # 2 Exhibit 54, # 3 Exhibit 55)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 11/22/2024) |
| 11/22/2024 | 216 | ***SELECTED PARTIES***DECLARATION of William M. Bosch in Support re: 213 MOTION for Reconsideration *of Order [ECF 207]*.. Document filed by All Parties. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 11/22/2024) |
| 11/22/2024 | 217 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File Excess Pages *and Supporting Declarations* addressed to Judge Loretta A. Preska from William M. Bosch dated November 22, 2024. Document filed by All Parties.Motion or Order to File Under Seal: 1 . (Bosch, William) (Entered: 11/22/2024) |
| 11/27/2024 | 218 | ***SELECTED PARTIES*** ORDER: The Clerk of the Court shall restrict the viewing of this Order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/27/2024) (tg) (Entered: 11/27/2024) |
| 11/29/2024 | 219 | ***SELECTED PARTIES*** LETTER MOTION for Conference re: 115 Order addressed to Judge Loretta A. Preska from Eric Lewis dated November 29, 2024. Document filed by Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S., Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,.Motion or Order to File Under Seal: 21 .(Lewis, Eric) (Entered: 11/29/2024) |
| 12/02/2024 | 220 | ***SELECTED PARTIES*** ORDER granting 219 Letter Motion for Conference. The Clerk of Court is respectfully directed to close docket entries 279 and 281. The Clerk of Court shall also docket this Order in Frost v. Kuwait Finance House, 23-cv-9453 and is respectfully directed to close docket entry 219 in that action. The Clerk of Court shall restrict the viewing level of this Order to the parties and Court personnel. (Signed by Judge Loretta A. Preska on 12/2/2024) (rro) (Entered: 12/02/2024) |

| | | |
|---|---|---|
| 12/04/2024 | 221 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time to File Response/Reply as to 213 MOTION for Reconsideration *of Order [ECF 207].* addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 12/4/2024. Document filed by Kuveyt Katilim Bankasi A.S., Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 12/04/2024) |
| 12/05/2024 | 222 | ***SELECTED PARTIES*** ORDER granting 221 Letter Motion for Extension of Time to File Response/Reply. The Clerk of the Court shall restrict the viewing level of this Order to the parties and Court personnel. SO ORDERED: Responses due by 12/20/2024 Replies due by 1/10/2025. (Signed by Judge Loretta A. Preska on 12/5/2024) (tg) (Entered: 12/05/2024) |
| 12/20/2024 | 223 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 213 MOTION for Reconsideration *of Order [ECF 207].* . Document filed by Kuveyt Turk Katilim Bankasi A.S., Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 12/20/2024) |
| 01/10/2025 | 224 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 213 MOTION for Reconsideration *of Order [ECF 207].* . Document filed by Estate of Russell Frost, Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/10/2025) |
| 01/10/2025 | 225 | ***SELECTED PARTIES***DECLARATION of Gary Shaw in Support re: 213 MOTION for Reconsideration *of Order [ECF 207]..* Document filed by All Parties. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/10/2025) |
| 01/10/2025 | 226 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File Excess Pages *and Supporting Declaration* addressed to Judge Loretta A. Preska from William M. Bosch dated January 10, 2025. Document filed by All Parties.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/10/2025) |
| 01/17/2025 | 227 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 1/17/2025 re: Pre-motion Conference. Document filed by Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria |

| | | Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 01/17/2025) |
|---|---|---|
| 01/20/2025 | 228 | NOTICE OF APPEARANCE by Thomas Landon Howard, III on behalf of Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,..(Howard, Thomas) (Entered: 01/20/2025) |
| 01/23/2025 | 229 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated January 23, 2025 re: Kuveyt Turk's Letter [ECF 227]. Document filed by All Parties.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 01/23/2025) |
| 02/13/2025 | 230 | ***SELECTED PARTIES*** OPINION AND ORDER re: 190 MOTION to Dismiss . filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. The Clerk of the Court is respectfully directed to close docket entry 190 and shall restrict the viewing level of this Opinion and Order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 2/13/2025) (tg) (Entered: 02/13/2025) |
| 02/21/2025 | 231 | ***SELECTED PARTIES***CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 2/21/2025. Document filed by Kuwait Finance House, Kuveyt Turk Katilim Bankasi A.S., Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,.Motion or Order to File Under Seal: 21 . (Cottreau, Steven) (Entered: 02/21/2025) |
| 02/24/2025 | 232 | ***SELECTED PARTIES*** ORDER granting 231 Letter Motion for Extension of Time to Answer re 185 Amended Complaint,,,,,,. The Clerk of the Court shall restrict the viewing level of this Order to the parties and Court personnel. SO ORDERED: Kuveyt Turk Katilim Bankasi A.S. answer due 3/13/2025; Kuwait Finance House answer due 3/13/2025. (Signed by Judge Loretta A. Preska on 2/24/2025) (tg) (Entered: 02/24/2025) |
| 03/13/2025 | 233 | ***SELECTED PARTIES***ANSWER to 185 Amended Complaint,,,,,,. Document filed by Kuveyt Turk Katilim Bankasi A.S..Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 03/13/2025) |
| 03/13/2025 | 234 | ***SELECTED PARTIES***ANSWER to 185 Amended Complaint,,,,,,. Document filed by Kuwait Finance House, Alexis Grant, Malik Elmaadawy, Gabriel Elmaadawy, Amr Mohamed, Brenda Mohamed,, Lori Wendel, Megan Martin, Drew Rowe, John Hamen, Jennifer Hamen, Rebekka Hamen, Johann Hamen, Viktoria Hamen, Alexandria Hamen, Katarina Hamen, Sebastian Hamen, M.H, Mark McAlister, Crystal McAlister, N. Raquel McAlister, Christina Ann McAlister, Christian McAlister, S.F., W.A., S.S., M.S., B.A., and S.A., Kuveyt Turk Katilim Bankasi A.S., Citibank N.A., Standard Chartered Bank, HSBC Bank USA N.A., Bank |

| | | |
|---|---|---|
| | | of New York Mellon N.A., JPMorgan Chase Bank N.A., Estate of Russell Frost, Tammie Frost, Amanda Frost, Crystal Frost, Madison Frost, Waiel El-Maadawy, Zeinab El-Maadawy, Ihab El-Maadawy, Tamer El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, BilQis Aidara Adjei,.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 03/13/2025) |
| 05/20/2025 | 235 | MOTION for Rasha Gerges Shields to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31111508. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. (Attachments: # 1 Affidavit of Rasha Gerges Shields in Support, # 2 Exhibit Certificate of Good Standing - California, # 3 Proposed Order for Admission Pro Hac Vice).(Shields, Rasha) (Entered: 05/20/2025) |
| 05/21/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 235 MOTION for Rasha Gerges Shields to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31111508. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 05/21/2025) |
| 05/22/2025 | 236 | ORDER FOR ADMISSION PRO HAC VICE granting 235 Motion for Rasha Gerges Shields to Appear Pro Hac Vice. The motion of Rasha Gerges Shields for admission to practice Pro Hac Vice in the above-captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Loretta A. Preska on 5/22/25) (yv) (Entered: 05/22/2025) |
| 05/23/2025 | 237 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from Robert W. Hamburg dated May 23, 2025 re: Notice of Supplemental Authority. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandrea Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A.. (Attachments: # 1 Exhibit A - Doe 1 v Deposit Guarantee Fund)Motion or Order to File Under Seal: 21 .(Hamburg, Robert) (Entered: 05/23/2025) |
| 05/28/2025 | 238 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated May 28, 2025 re: Kuveyt Türks Letter dated May 23, 2025. Document filed by Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandrea Hamen, S.F., W.A., S.S., M.S., B.A., and S.A., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, Alexis Grant, Zeinab El-Maadawy, Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 21 .(Bosch, William) (Entered: 05/28/2025) |
| 06/05/2025 | 239 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Scheduling Order* addressed to Judge Loretta A. Preska from William M. Bosch dated June 5, 2025. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, |

| | | HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 1 . (Bosch, William) (Entered: 06/05/2025) |
|---|---|---|
| 06/09/2025 | 240 | NOTICE OF APPEARANCE by Alexander Bedrosyan on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Bedrosyan, Alexander) (Entered: 06/09/2025) |
| 06/10/2025 | 241 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 06/10/2025 re: 239 LETTER MOTION for Discovery *Scheduling Order* addressed to Judge Loretta A. Preska from William M. Bosch dated June 5, 2025. . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 06/10/2025) |
| 06/11/2025 | 242 | ***SELECTED PARTIES***LETTER RESPONSE in Support of Motion addressed to Judge Loretta A. Preska from William M. Bosch dated June 11, 2025 re: 239 LETTER MOTION for Discovery *Scheduling Order* addressed to Judge Loretta A. Preska from William M. Bosch dated June 5, 2025. . Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 06/11/2025) |
| 06/17/2025 | 243 | ***SELECTED PARTIES*** ORDER granting 239 Letter Motion for Discovery. The Clerk of the Court shall close docket number 239 and restrict the viewing level of this Order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/17/2025) (tg) (Entered: 06/17/2025) |
| 06/17/2025 | | Set/Reset Deadlines: Fact Discovery due by 2/13/2026. (tg) (Entered: 06/17/2025) |
| 06/18/2025 | 244 | ***SELECTED PARTIES*** OPINION AND ORDER re: 217 LETTER MOTION for Leave to File Excess Pages *and Supporting Declarations* addressed to Judge Loretta A. Preska from William M. Bosch dated November 22, 2024., 213 MOTION for Reconsideration *of Order [ECF 207]*., 226 LETTER MOTION for Leave to File Excess Pages *and Supporting Declaration* addressed to Judge Loretta A. Preska from William M. Bosch dated January 10, 2025.. The Clerk of the Court is respectfully directed to close docket entries 213, 217, and 226 and shall restrict the viewing level of this Opinion and Order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/18/2025) (tg) (Entered: 06/20/2025) |
| 06/28/2025 | 245 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time to File *Protective Order* addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 06/28/2025. |

| | | |
|---|---|---|
| | | Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel.Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 06/28/2025) |
| 06/30/2025 | 246 | ***SELECTED PARTIES*** ORDER granting 245 Letter Motion for Extension of Time to File. The Clerk of the Court shall restrict the viewing level of this Order to the parties and Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/30/2025) (tg) (Entered: 06/30/2025) |
| 07/08/2025 | 247 | ***SELECTED PARTIES***JOINT MOTION for Protective Order . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. (Attachments: # 1 Exhibit A - Joint Stipulation and Protective Order)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 07/08/2025) |
| 07/10/2025 | 248 | ***SELECTED PARTIES*** ORDER terminating 247 Motion for Protective Order. The Clerk of the Court shall close docket number 247 and restrict the viewing level of this Order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/10/2025) (sgz) (Entered: 07/11/2025) |
| 07/14/2025 | 249 | ***SELECTED PARTIES***PROPOSED PROTECTIVE ORDER. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., John Hamen, Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.F., W.A., S.S., M.S., B.A., and S.A., Standard Chartered Bank, Lori Wendel. Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 07/14/2025) |
| 07/15/2025 | 250 | JOINT STIPULATION AND PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO ORDERED. (Signed by Judge Loretta A. Preska on 7/15/2025) (tg) (Entered: 07/15/2025) |
| 07/18/2025 | 251 | NOTICE OF INTERLOCUTORY APPEAL from 244 Memorandum & Opinion,,. Document filed by Kuveyt Turk Katilim Bankasi A.S.. Filing fee $ 605.00, receipt number ANYSDC-31403901. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Hanchet, Mark) (Entered: 07/18/2025) |
| 07/21/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 251 Notice of Interlocutory Appeal.(km) (Entered: 07/21/2025) |

| 07/21/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 251 Notice of Interlocutory Appeal, filed by Kuveyt Turk Katilim Bankasi A.S. were transmitted to the U.S. Court of Appeals. (km) (Entered: 07/21/2025) |
|---|---|---|
| 07/24/2025 | 252 | MOTION for David W. Weinstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31427869. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House. (Attachments: # 1 Affidavit of David W. Weinstein in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing (NY), # 3 Proposed Order for Admission Pro Hac Vice).(Weinstein, David) (Entered: 07/24/2025) |
| 07/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 252 MOTION for David W. Weinstein to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31427869. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 07/24/2025) |
| 07/28/2025 | 253 | ORDER FOR ADMISSION PRO HAC VICE granting 252 Motion for David W. Weinstein to Appear Pro Hac Vice. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/28/2025) (vfr) (Entered: 07/28/2025) |
| 07/28/2025 | 254 | NOTICE OF APPEARANCE by David Weinstein on behalf of Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Weinstein, David) (Entered: 07/28/2025) |
| 08/15/2025 | 255 | MOTION for Alyssa Orellana to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31557501. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House..(Orellana, Alyssa) (Entered: 08/15/2025) |
| 08/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 255 MOTION for Alyssa Orellana to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31557501. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 08/18/2025) |
| 08/19/2025 | 256 | ORDER FOR ADMISSION PRO HAC VICE granting 255 Motion to Appear Pro Hac Vice. The motion of Alyssa Orellana for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. (Signed by Judge Loretta A. Preska on 8/19/2025) (tg) (Entered: 08/19/2025) |
| 08/21/2025 | 257 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Conference* addressed to Judge Loretta A. Preska from William M. Bosch dated August 21, 2025. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel. (Attachments: # 1 Exhibit A - RFPs for Kuveyt Turk, # 2 Exhibit B - RFPs for KFH, # 3 Exhibit C - Kuveyt Turk Responses, # 4 Exhibit D - KFH Responses, # 5 Exhibit E - August 7 Email, # 6 Exhibit F - Kuveyt Turk Policies, # 7 Exhibit G - KFH Policies)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 08/21/2025) |
| 08/26/2025 | 258 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 8/26/2025 re: 257 LETTER MOTION for Discovery *Conference* addressed to Judge Loretta A. Preska from William M. Bosch dated August 21, |

| | | |
|---|---|---|
| | | 2025. . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel. Motion or Order to File Under Seal: 21 . (Cottreau, Steven) (Entered: 08/26/2025) |
| 08/27/2025 | 259 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated August 27, 2025 re: Plaintiffs' Letter Motion for Discovery Conference. Document filed by M.S., Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, The Estate of S.F., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, S.A., Alexis Grant, Zeinab El-Maadawy, W.A., Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, S.S., Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., The Estate of John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., B.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 . (Bosch, William) (Entered: 08/27/2025) |
| 09/16/2025 | 260 | ***SELECTED PARTIES*** ORDER granting 257 Letter Motion for Discovery. The Clerk of the Court shall close docket number 257 and restrict the viewing level of this Order to the parties and to Court personnel. SO ORDERED. (Signed by Judge Loretta A. Preska on 9/16/2025) (tg) (Entered: 09/16/2025) |
| 10/31/2025 | 261 | ***SELECTED PARTIES*** LETTER MOTION for Conference *re Discovery* addressed to Judge Loretta A. Preska from William M. Bosch dated October 31, 2025. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 10/31/2025) |
| 11/04/2025 | 262 | ***SELECTED PARTIES*** LETTER MOTION for Conference *re: Discovery* addressed to Judge Loretta A. Preska from Eric Lewis dated November 4, 2025. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel. (Attachments: # 1 Exhibit Plaintiff's Objections |

| | | & Responses to Defendants' Consolidated First Set of Interrogatories, # 2 Exhibit 10/20/2025 E-mail re: Plaintiff's Objections & Responses)Motion or Order to File Under Seal: 21 .(Lewis, Eric) (Entered: 11/04/2025) |
|---|---|---|
| 11/05/2025 | 263 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' premotion conference letter [ECF 262]* addressed to Judge Loretta A. Preska from William M. Bosch dated November 5, 2025. Document filed by Estate of Russell Frost, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel.Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 11/05/2025) |
| 11/05/2025 | 264 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 11/5/2025 re: 261 LETTER MOTION for Conference *re Discovery* addressed to Judge Loretta A. Preska from William M. Bosch dated October 31, 2025. . Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Motion or Order to File Under Seal: 21 .(Cottreau, Steven) (Entered: 11/05/2025) |
| 11/06/2025 | 265 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/06/2025) |
| 11/06/2025 | 266 | ***SELECTED PARTIES*** LETTER addressed to Judge Loretta A. Preska from William M. Bosch dated November 6, 2025 re: Plaintiffs' Letter Motion for Discovery Conference [ECF 261]. Document filed by M.S., Kuveyt Turk Katilim Bankasi A.S., Jennifer Hamen, Megan Martin, Alexandria Hamen, The Estate of S.F., Tamer El-Maadawy, Viktoria Hamen, Amanda Frost, S.A., Alexis Grant, Zeinab El-Maadawy, W.A., Crystal Frost, Lori Wendel, Brenda Mohamed,, Amr Mohamed, Christian McAlister, Standard Chartered Bank, Malik Elmaadawy, S.S., Sebastian Hamen, Mark McAlister, M.H, JPMorgan Chase Bank N.A., The Estate of John Hamen, Rebekka Hamen, Katarina Hamen, Mohammed El-Maadawy, Madison Frost, Drew Rowe, Crystal McAlister, Bank of New York Mellon N.A., B.A., Gabriel Elmaadawy, N. Raquel McAlister, Johann Hamen, Ihab El-Maadawy, Estate of Russell Frost, Mustafa El-Maadawy, BilQis Aidara Adjei,, Christina Ann McAlister, Waiel El-Maadawy, HSBC Bank USA N.A., Tammie Frost, Kuwait Finance House, Citibank N.A..Motion or Order to File Under Seal: 1 .(Bosch, William) (Entered: 11/06/2025) |
| 11/11/2025 | 267 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' letter requesting a pre-motion discovery conference, Dkt. No. 262,* addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 11/11/2025. Document filed by Kuveyt Turk Katilim Bankasi A.S., Kuwait Finance House, Viktoria Hamen, Mark McAlister, BilQis Aidara Adjei,, B.A., Bank of New York Mellon N.A., Citibank N.A., Ihab El-Maadawy, Mohammed El-Maadawy, Mustafa El-Maadawy, Tamer El-Maadawy, Waiel El-Maadawy, Zeinab El-Maadawy, Gabriel Elmaadawy, Malik Elmaadawy, Estate of Russell Frost, Amanda Frost, Crystal Frost, Madison Frost, Tammie Frost, Alexis Grant, HSBC Bank USA |

| | | N.A., Alexandria Hamen, Jennifer Hamen, Johann Hamen, Katarina Hamen, Rebekka Hamen, Sebastian Hamen, JPMorgan Chase Bank N.A., M.H, M.S., Megan Martin, Christian McAlister, Christina Ann McAlister, Crystal McAlister, N. Raquel McAlister, Amr Mohamed, Brenda Mohamed,, Drew Rowe, S.A., S.S., Standard Chartered Bank, The Estate of John Hamen, The Estate of S.F., W.A., Lori Wendel.Motion or Order to File Under Seal: 21 . (Cottreau, Steven) (Entered: 11/11/2025) |
|---|---|---|
| 11/12/2025 | 268 | ***SELECTED PARTIES*** ORDER granting 263 Letter Motion for Extension of Time to File Response/Reply re 263 LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' premotion conference letter [ECF 262]* addressed to Judge Loretta A. Preska from William M. Bosch dated November 5, 2025., 267 LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' letter requesting a pre-motion discovery conference, Dkt. No. 262,* addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 11/11/2025. ; granting 267 Letter Motion for Extension of Time to File Response/Reply re 263 LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' premotion conference letter [ECF 262]* addressed to Judge Loretta A. Preska from William M. Bosch dated November 5, 2025., 267 LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' letter requesting a pre-motion discovery conference, Dkt. No. 262,* addressed to Judge Loretta A. Preska from Steven T. Cottreau dated 11/11/2025. The Clerk of the Court shall restrict the viewing level of this Order to the parties and Court personnel. The Clerk of the Court shall close docket numbers 263 and 267. SO ORDERED. Responses due by 11/19/2025. (Signed by Judge Loretta A. Preska on 11/12/2025) (tg) (Entered: 11/12/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/12/2025 13:30:01 | | |
| **PACER Login:** | kirbybehre5 | **Client Code:** | 258600.000011.7315 |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-09453-LAP |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |