UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: Application to Obtain Discovery from Five Banks for Use in International Proceedings Pursuant to 28 U.S.C. § 1782 |
|---|

25-mc-414 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

Kuveyt Turk's motion for a protective order limiting all produced documents to attorney's eyes only unless it or the Court decides otherwise is DENIED. Kuveyt Turk has not shown that *every single* document must be marked AEO at first; AEO markings should be kept to a minimum.

The Court is inclined to adopt ENEXD's proposed protective order. However, to the extent that there is a narrow class of documents over which initial AEO markings or other protections might be justified, Kuveyt Turk may propose modifications to ENEXD's proposed order within seven days of this order. The Court expects that any proposed initial AEO markings will only pertain to a small minority of the documents.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 37.

SO ORDERED.

Dated: January 16, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge