UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Application to Obtain Discovery from
Five Banks for Use in International
Proceedings Pursuant to 28 U.S.C. § 1782

25-mc-414 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

ENEXD's motion to compel is DENIED. First, it appears ENEXD failed to follow the Court's requirement to meet and confer with Citibank in an attempt to narrow the dispute. Second, it appears to be seeking production of records outside of the scope of the Court's prior order based on "new evidence." Citibank is correct that the Court's order required ENEXD to seek permission should it wish to broaden its search.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 42.

SO ORDERED.

Dated: April 13, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge